**IT IS ORDERED as set forth below:**



Date: January 2, 2018

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CASE NUMBER: 17-72318-JRS |
| | : | |
| ROBERT PAUL SPARRA, JR., | : | CHAPTER 13 |
| KELLY ELIZABETH SPARRA, | : | |
| Debtor(s). | : | JUDGE SACCA |
| | : | |

**ORDER AND NOTICE OF HEARING TO SHOW CAUSE**

Debtors filed the above styled bankruptcy case on December 29, 2017.  They filed the case while they were subject to a 180 day prohibition on filing such a case.  Accordingly, it is hereby

ORDERED that the Debtors shall appear before the Court on **January 23, 2018** at **10:45 a.m.** in **Courtroom 1404**, U.S. Courthouse, Richard Russell Federal Building, 75 Ted Turner Drive, S.W., **Atlanta**, GA and show cause why this case should not be dismissed, any automatic stay declared a nullity and why any dismissal of this case should not include a prohibition against filing any further bankruptcy cases for a period of up to two years

The Clerk is directed to serve a copy of this Order upon the Debtors, the Chapter 13 Trustee, the U.S. Trustee, and all Parties and Creditors.

**END OF ORDER**