

**IT IS ORDERED as set forth below:**

**Date: January 24, 2018**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CASE NUMBER: 17-72318-JRS |
| | : | |
| ROBERT PAUL SPARRA, JR., | : | CHAPTER 13 |
| KELLY ELIZABETH SPARRA, | : | |
| Debtor(s). | : | JUDGE SACCA |
| | : | |

## ORDER

This matter came on for hearing in this Chapter 13 case on January 23, 2018 on the Court's Order requiring the Debtors to show cause why this case should not be dismissed, any automatic stay be declared a nullity and why any dismissal of the case should not include a prohibition against refiling any further bankruptcy case for a period of up to two years because Debtors filed this case during a period in which they were prohibited from filing any further Chapter 13 cases. [Doc. 4]  The Court heard from the Debtors and as well as attorneys for the Chapter 13 Trustee, the mortgage servicer and the entity that purchased the Debtors' residence at a post-petition foreclosure sale.  This is the fourth recent case for the husband-debtor and the second for the wife-debtor.  Even though their two most recent prior cases were dismissed for failure to obtain and file a valid pre-petition credit counseling certificate, they again filed this case without obtaining a valid one.  The Court having considered all matters of record in this case and the Debtors' prior cases, for the reasons stated on the record at the conclusion of the hearing, it is hereby

ORDERED that the Debtors shall have until January 31, 2018 to convert this case to Chapter 7 or this Court will enter an order dismissing this case, annulling any stay that may have gone into effect, and prohibiting the Debtors from filing any further bankruptcy cases under any chapter for 180 days from the entry of that order.

The Clerk is directed to serve a copy of this Order upon the Debtors, the Chapter 13 Trustee, the U.S. Trustee, and all Parties and Creditors.

**END OF ORDER**