**IT IS ORDERED as set forth below:**



Date: February 2, 2018

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CASE NUMBER: 17-72318-JRS |
| | : | |
| ROBERT PAUL SPARRA, JR., | : | CHAPTER 13 |
| KELLY ELIZABETH SPARRA, | : | |
| Debtor(s). | : | JUDGE SACCA |

### ORDER

Debtors filed this case as one under Chapter 13 on December 29, 2017 while they were under a prohibition against filing another chapter 13 case for 180 days. The Court held a show cause hearing on January 23, 2018 to determine what should be done about this case, including whether it should be dismissed and any applicable stays annulled. On January 2, 2018, their home was foreclosed and sold to a third party. At the hearing, the Court told the Debtors their options were to convert their case to Chapter 7 or have it be dismissed. On January 31, 2018, Debtors filed a request to convert this case to Chapter 7. Accordingly, it is hereby

ORDERED that this case is converted to Chapter 7. To the extent the automatic stay would have gone into effect had this case been filed as a Chapter 7 case then the stay will remain in effect subject to the rights of any party in interest to move to modify or annul the stay.

The Clerk is directed to serve a copy of this Order upon the Debtors, the Chapter 13 Trustee, the U.S. Trustee, and all Parties and Creditors.

### END OF ORDER