**IT IS ORDERED as set forth below:**



Date: May 10, 2018

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO.: 17-72318-jrs |
| ROBERT PAUL SPARRA, JR. ) | |
| KELLY ELIZABETH SPARRA, ) | CHAPTER 7 |
| Debtors. ) | |
| _____ ) | HONORABLE JAMES R. SACCA |
| VICTOR WARREN PROPERTIES, INC., ) | |
| Movant, ) | |
| vs. ) | |
| ) | |
| ROBERT PAUL SPARRA, JR. ) | |
| KELLY ELIZABETH SPARRA, ) | |
| Respondents, ) | |
| ) | |
| M. DENISE DOTSON, ) | |
| Trustee. ) | |

### ORDER ON MOTION FOR RELIEF FROM STAY

**IT APPEARING** that Debtor filed for Chapter 13 relief on December 29, 2017 and that the

bankruptcy case was converted to a chapter 7 case on February 1, 2018; and

**IT APPEARING** that Victor Warren Properties, Inc. ("Movant") filed a Motion for Relief (Docket No. 53) and an Amended Motion for Relief (Docket No. 58) seeking permission to proceed with a dispossessory action in the Magistrate Court of DeKalb County and alleging that pursuant to a foreclosure sale held on January 2, 2018 it is the owner of certain real property known as 3606 Inman Drive, Atlanta, Georgia 30319 ("Property"); and

**IT APPEARING** that the Movant's motion was set for a hearing on May 8, 2018; and

**IT APPEARING** that on May 4, 2018 the Debtor filed an Urgent Motion for Request of Continuance (Docket No. 60) seeking to have Movant's motion rescheduled to a later date; and

**IT APPEARING** that, after hearing arguments from Robert Paul Sparra, Debtor, pro se, and David C. Whitridge, counsel for Movant; it is hereby

**ORDERED** that the Debtor's request for a continuance is DENIED, and it is further

**ORDERED** that Movant's Motion is GRANTED and the automatic stay is modified and Movant may proceed with its dispossessory action in the Magistrate Court of DeKalb County; and it is further

**ORDERED** that the 14-day period pursuit to F.R.B.P. 4001(a)(3) is not waived and Movant may not schedule the dispossessory to occur any earlier than June 15, 2018.

**[END OF DOCUMENT]**

Prepared and submitted by:

/s/ David C. Whitridge
**DAVID C. WHITRIDGE**
Georgia Bar No. 754793
THOMPSON, O'BRIEN, KEMP & NASUTI, P.C.
40 Technology Parkway South, Suite 300
Peachtree Corners, Georgia 30092
(770) 925-0111
E-mail: dwhitridge@tokn.com
Attorneys for Movant

## **DISTRIBUTION LIST**

PRO SE DEBTOR:            Robert Paul Sparra, Jr.
                          3606 Inman Drive
                          Atlanta, Georgia 30319

PRO SE DEBTOR:            Kelly Elizabeth Sparra
                          3606 Inman Drive
                          Atlanta, Georgia 30319

CHAPTER 7 TRUSTEE:        M. Denise Dotson
                          M. Denise Dotson, LLC
                          P.O. Box 435
                          Avondale Estates, Georgia 30003

MOVANT'S ATTORNEY:        David C. Whitridge, Esq.
                          Thompson, O'Brien, Kemp & Nasuti, P.C.
                          40 Technology Parkway South, Suite 300
                          Peachtree Corners, Georgia 30092