IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN THE MATTER OF: | : |
| NAME: | : CHAPTER 13 |
| ROBERT PAUL SPARRA, JR, and KELLY ELIZABETH SPARRA, | : NO.  17-72318-JRS |
| Debtor(s). | : |
| ROBERT PAUL SPARRA, JR, and KELLY ELIZABETH SPARRA, | : |
| Movants, | : |
| vs. | : |
| SELECT PORTFOLIO SERVICING, INC AS SERVICER FOR DEUTSCH BANK NATIONAL TRUST COMPANY, AS TRUSTEE,   ON BEHALF OF THE HOLDERS OF THE THORNBURG MORTGAGE SECURITIES TRUST 2002-3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2002-3 | : |
| VICTOR WARREN PROPERTIES | : |
| Respondents. | : |

**DEBTOR'S FIRST AMENDMENT TO HIS VERIFIED MOTION FOR SANCTIONS
FOR WILLFUL VIOLATION OF THE AUTOMATIC STAY**

COMES NOW, Debtors, by and through their legal counsel, Bob Phillips, who files this First Amendment to their Motion for Sanctions and respectfully shows this court as follows:

1.

That paragraph 1-14 of Debtors original Verified Motion is hereby re-alleged and

1

reaffirmed as if fully set out herein.

2.

That the "Wherefore" clause of Debtors Motion (filed as pro se) is hereby struck and replaced with the "Wherefore" clause at the conclusion of this Amendment.

3.

That the following is added as paragraph 15 thru 21 to Debtors Motion.

15.

That because Respondent clearly received notice of Debtors Chapter 13 filing on the morning of January 2, 2018, (Exhibit 1 Attached faxed copy of Notice to Respondent) the automatic stay was in place and the sale of debtors property by Respondents was intentional and wrongful and in violation of the automatic stay. The ownership interest of Robert Sparra and possessory interest of Debtor and Co-Debtor, Kelly Elizabeth Sparra was protected by the automatic stay at the time of the foreclosure sale of January 2, 2018 by way of their Chapter 13 case (11 U.S.C. §541). A motion for lifting the stay in this case was not in place at the time of foreclosure nor was there an order lifting the automatic stay. For possessory interest See, *In re Buford Carl Brown, III, Case No. 17-10021-KKS, United State Bankruptcy Court, Northern District of Florida, Gainesville Division, 11 U.S.C. §541, In re Salvov, 510 B.R. 720, 728 (Bankr. S.D.N.Y. 2014), In re Dominguez, 312 B.R. 499, 506 (Bankr. S.D.N.Y. 2004)("It is well settled that a debtor's mere possessory interest in the premises, even absent any legal interest, is protected by the automatic stay"), In re Addon Corp., 231 B.R. 385 (Bankr. N.D. Ga. 1999)*

16.

Again an intentional wrongful foreclosure occurred on Debtor's property because of invalid advertisement of the foreclosure sale. The advertisement of the foreclosure sale by Respondent

2

actually ran for four weeks but ended on Thursday January 3, 2018, two days after the foreclosure on January 2, 2018. The foreclosure advertisement must be published once a week for four consecutive weeks preceding the sale date. O,C.G.A. §9-13-141. The fourth advertisement cannot appear during the same calendar week as the sale, *Conley v. Redwine, 109 Ga. 640, 35 S.E. 92(1900)*. (Exhibit 2, See attached publications of The Champion Legal Section, advertising Sparra property)

17.

That the intentional and wrongful foreclosure sale of Debtors property is null and void because of the flagrant violations of the automatic stay. . *(In re Albany Partners, Ltd., 749 F.2d 670, 675 (11th. Cir. 1984) (citing Kalb v. Feurstein, 308 U.S. 433, 443, 60 S. Ct. 343, 348 (1940); Borg-Warner Acceptance Corp. v. Hall, 685 F.2d 1306, 1308 (11th Cir. 1982), In re Mary Meeks Brown, 99-10976-JDW, Bankruptcy Court, Middle District of Georgia (May 2000).* In this case, the court says that *"the generally applicable rule is that acts taken in violation of the automatic stay are void and without effect, ad initio"*

All funds paid by the purchasers to the foreclosing party should be returned and the ownership of the home (legal title subject to any mortgage or liens) should return to the pre-sale position. Additionally, any attempt by the purchaser to remove Debtors by dispossessory or other legal action should be placed on hold.

18.

That the Debtors show this Honorable Court that due to new employment, increased earnings and an improvement in his financial position and cash flow he could now fund a chapter 13 plan and he strongly believes would be approved by the Court. The Debtors are entitled to have an opportunity and chance to do so.

19.

3

That even if Debtor Robert Sparra had exceeded the number of times allowed to file bankruptcy, co-debtor, Kelly Sparra, although not a debtor on the note, was entitled to the benefits of the automatic stay to protect her possessory interest in the property. Additionally as to Robert Sparra, Respondents made no attempt before the foreclosure sale to remove the automatic stay and the stay was in place as to both Debtor and Co-Debtor until further order of the Court. See, *In re Buford Carl Brown, III, Case No. 17-10021-KKS, United State Bankruptcy Court, Northern District of Florida, Gainesville Division, 11 U.S.C. §541, In re Salvov, 510 B.R. 720, 728 (Bankr. S.D.N.Y. 2014), In re Dominguez, 312 B.R. 499, 506 (Bankr. S.D.N.Y. 2004)("It is well settled that a debtor's mere possessory interest in the premises, even absent any legal interest, is protected by the automatic stay"), In re Addon Corp., 231 B.R. 385 (Bankr. N.D. Ga. 1999)*

20.

That Victor Warren Properties, Inc., purchaser of the Sparra property on January 2, 2018, filed a Dispossessory Warrant in the Magistrate Court of DeKalb County, Georgia on April 4, 2018, while the automatic stay was still in place. This action is another flagrant and intentional violation of the automatic stay. Counsel for Victor Warren Properties, Inc. knew of this action and informed Mr. Sparra that his client, Victor Warren Properties, Inc. would appear at the dispossessory hearing and withdraw their complaint and furthermore there would be no reason for Mr. Sparra to attend the hearing. However, Mr Sparra did attend the hearing but Warren Properties did not withdraw their Dispossessory claim but instead were very aggressive and "demanded their property" to the court. (Exhibit 3, See attached record of the Magistrate Court of DeKalb County).

21.

In the event this Honorable Court determines for any reason that it cannot treat the sale as null and void, then in the alternative, Debtors seek the right to prove damages suffered, including

4

specific damages, general damages, punitive damages, and attorney fees for what was clearly a wrongful foreclosure. See <u>O.C.G.A. §23-2-114</u>, <u>Blanton v. Duru, 247 Ga.App. 175, 178 (2000) ("In wrongful foreclosure action, an injured party may seek damages for mental anguish in addition to cancellation of the foreclosure.")</u>, and <u>Blanton, 247 Ga.App. at 177</u>.

    **WHEREFORE,** Movants respectfully pray of the Court as follows:

A.    That this Amendment to their original Motion be filed and considered;

B.    For oral arguments to be scheduled;

C.    For this Court to order the foreclosure sale of January 2, 2018 null and void and for title to the property returned to its presale position;

D.    For the automatic stay to continue for a reasonable time so that Debtors can re-convert their case to a Chapter 13 and file a plan;

E.    That in the alternative, for this Court to award damages, Sanctions for the intentional wrongdoers, including but not limited to general damages, specific damages, punitive damages and attorney fees for the wrongful foreclosure;

F.    For an award of attorney fees for having to defend this action.

G.    For any other relief this Honorable Court deems just.

Date: May 30, 2018.

    /s/ Bob Phillips_____
    Bob Phillips
    GA Bar No. 576702
    Bob Phillips Law
    327 Dahlonega St., Suite 604A
    Cumming, GA 30040
    770-205-1922
    bphillips@bobphillipslaw.com

EXHIBIT 1

# FAX

## URGENT

TO: Rubin, Lubin LLC

FROM: ROBERT P SPARRA
KELLY ELIZABETH SPARRA

FAX: 404-921-9003

FAX:

PHONE:

PHONE: 404.496.3994

SUBJECT: CASE #: 17-72318

DATE: JAN 01, 2018

COMMENTS: RE Property Address 3606 Inman Drive

URGENT

ROBERT P SPARRA

CASE # 17-72318

```
TRANSMISSION VERIFICATION REPORT
```

```
                                          TIME  : 01/02/2018 09:54
                                          NAME  :
                                          FAX   : 17702340445
                                          TEL   :
                                          SER.# : U63274H4J761268
```

```
DATE,TIME        01/02 09:52
FAX NO./NAME     4049219003
DURATION         00:01:14
PAGE(S)          03
RESULT           OK
MODE             STANDARD
```

Deutsche Bank National Bank Trust Company
As Trustee of Thornburg Mortgage Securities
Trust 2002-2003 Mortgage Pass through Certificates,
Series 2002-3
vs.

Robert P Sparra, et al.

    Defendant(s).

_____/

## SUGGESTION OF BANKRUPTCY

Robert P Sparra, a Defendant in this action, has filed for protection under Chapter 13 of the United States Bankruptcy Code, Case No. 17-72318 filed in the Northern District of Georgia (Atlanta Division) on Friday. As such, all actions in state court are stayed and any actions taken by the state court in contravention of the automatic stay are void.

                                                    Robert P Sparra

## CERTIFICATE OF SERVICE

I HEARBY CERTIFY that a true and correct copy of the foregoing has been e-filed with the Clerk of Court Volusia County and sent via E-Mail to: Rubin Lubin, LLC, 3145 Avalon Ridge Place, Peachtree Curners, Ga. 30071

United States Bankruptcy Court
Northern District of Georgia

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 12/29/2017 at 4:28 PM and filed on 12/29/2017.

**Robert Paul Sparra, Jr.**
3606 Inman Drive
Atlanta, GA 30319
SSN / ITIN: xxx-xx-8493

**Kelly Elizabeth Sparra**
3606 Inman Drive
Atlanta, GA 30319
SSN / ITIN: xxx-xx-1216



The case was assigned case number 17-72318-.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.ganb.uscourts.gov/index.html or at the Clerk's Office, 1340 United States Courthouse, 75 Ted Turner Drive SW, Atlanta, GA 30303.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

M. Regina Thomas
Clerk, U.S. Bankruptcy Court

AND MADE A PART HEREOF.
Said legal description being controlling, however the property is more commonly known as 4623 BIRCH RIDGE TRL, STONE MOUNTAI, GA 30083.

The indebtedness secured by said Security Deed has been and is hereby declared due because of default under the terms of said Security Deed and Note. The indebtedness remaining in default, this sale will be made for the purpose of paying the same, all expenses of the sale, including attorneys' fees (notice to collect same having been given) and all other payments provided for under the terms of the Security Deed and Note.

Said property will be sold on an "as-is" basis without any representation, warranty or recourse against the above-named or the undersigned. The sale will also be subject to the following items which may affect the title: any outstanding ad valorem taxes (including taxes which are a lien, whether or not now due and payable); the right of redemption of any taxing authority; matters which would be disclosed by an accurate survey or by an inspection of the property; all zoning ordinances; assessments; liens; encumbrances; restrictions; covenants, and any other matters of record superior to said Security Deed. To the best of the knowledge and belief of the undersigned, the owner and party in possession of the property is CHARLOTTE H BUFFINGTON, or tenants(s).

The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the Security Deed. Please note that, pursuant to O.C.G.A. § 44-14-162.2, you are not entitled by law to an amendment or modification of the terms of your loan. The entity having full authority to negotiate, amend or modify all terms of the loan (although not required by law to do so) is: BAYVIEW LOAN SERVICING,LLC, Loss Mitigation Dept., 4425 Ponce de Leon Blvd., 5th Floor, Coral Gables, FL 33146, Telephone Number: 800-771-0299.
BAYVIEW LOAN SERVICING, LLC
as Attorney in Fact for
CHARLOTTE H BUFFINGTON
THE BELOW LAW FIRM MAY BE HELD TO BE ACTING AS A DEBT COLLECTOR, UNDER FEDERAL LAW. IF SO, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
Attorney Contact: Rubin Lublin, LLC, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071
Telephone Number: (877) 813-0992
Case No. ++BVC-17-06043-1 BUFFINGTON++
www.rubinlublin.com/property-listings.phpc

420-406156
12/7,12/14,12/21,12/28wg
**NOTICE OF SALE UNDER POWER GEORGIA, DEKALB COUNTY**
By virtue of a Power of Sale contained in that certain Security Deed from REBECCA L SHIFLETT to Mortgage Electronic Registration Systems Inc. as nominee for Countrywide Bank, FSB, dated October 12, 2007, recorded October 22, 2007, in Deed Book 20388, Page 513, DeKalb County, Georgia Records, said Security Deed having been given to secure a Note of even date in the original principal amount of One Hundred Eleven Thousand Nine Hundred and 00/100 dollars ($111,900.00), with interest thereon as provided for therein, said Security Deed having been last sold, assigned and transferred to M&T BANK, there will be sold at public outcry to the highest bidder for cash at the DeKalb County Courthouse, within the legal hours of sale on the first Tuesday in January, 2018, all property described in said Security Deed including but not limited to the following described property:
ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 126, OF THE 16TH DISTRICT, OF DEKALB COUNTY, GEORGIA, BEING LOT 39, BLOCK "B", SWIFT CREEK SUBDIVISION, UNIT TWO, AS PER PLAT RECORDED IN PLAT BOOK 65, PAGE 120, DEKALB COUNTY, GEORGIA RECORDS, WHICH PLAT IS INCORPORATED HEREIN AND MADE A PART HEREOF BY N.FERENCE.
Said legal description being controlling, however the property is more commonly known as 1358 SWIFT CREEK CT, LITHONIA, GA 30058.
The indebtedness secured by said Security Deed has been and is hereby declared due because of default under the terms of said Security Deed and Note. The indebtedness remaining in default, this sale will be made for the purpose of paying the same, all expenses of the sale, including attorneys' fees (notice to collect same having been given) and all other payments provided for under the terms of the Security Deed and Note.

Said property will be sold on an "as-is" basis without any representation, warranty or recourse against the above-named or the undersigned. The sale will also be subject to the following items which may affect the title: any outstanding ad valorem taxes (including taxes which are a lien, whether or not now due and payable); the right of redemption of any taxing authority; matters which would be disclosed by an accurate survey or by an inspection of the property; all zoning ordinances; assessments; liens; encumbrances; restrictions; covenants, and any other matters of record superior to said Security Deed. To the best of the knowledge and belief of the undersigned, the owner and party in possession of the property is REBECCA L SHIFLETT, KEISA BOYKIN, or tenants(s).

The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the Security Deed. Please note that, pursuant to O.C.G.A. § 44-14-162.2, you are not entitled by law to an amendment or modification of the terms of your loan. The entity having full authority to negotiate, amend or modify all terms of the loan (although not required by law to do so) is: Franklin Credit Management Corporation, Loss Mitigation Dept., 101 Hudson Street, Jersey City, NJ 07302, Telephone Number: 800-255-5897.
DEUTSCHE BANK NATIONAL TRUST COMPANY,
AS CERTIFICATE TRUSTEE ON BEHALF OF
BOSCO CREDIT II TRUST SERIES 2010-1
as Attorney in Fact for
REBECCA L SHIFLETT
THE BELOW LAW FIRM MAY BE HELD TO BE ACTING AS A DEBT COLLECTOR, UNDER FEDERAL LAW. IF SO, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
Attorney Contact: Rubin Lublin, LLC, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071
Telephone Number: (877) 813-0992
Case No. ++BMT-17-06962-1 SHIFLETT++
www.rubinlublin.com/property-listings.phpc

420-406157
12/7,12/14,12/21,12/28wg
**NOTICE OF SALE UNDER POWER GEORGIA, DEKALB COUNTY**
By virtue of a Power of Sale contained in that certain Security Deed from QUEEN REESE to FIDELITY HOME MORTGAGE CORP., dated February 10, 1998, recorded March 3, 1998, in Deed Book 09862, Page 0337, DeKalb County, Georgia Records, said Security Deed having been given to secure a Note of even date in the original principal amount of Thirty-Five Thousand and 00/100 dollars ($35,000.00), with interest thereon as provided for therein, said Security Deed having been last sold, assigned and transferred to Deutsche Bank National Trust Company, as certificate trustee on behalf of Bosco Credit II Trust Series 2010-1, there will be sold at public outcry to the highest bidder for cash at the DeKalb County Courthouse, within the legal hours of sale on the first Tuesday in January, 2018, all property described in said Security Deed including but not limited to the following described property:
ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 185 OF THE 15TH DISTRICT, DEKALB COUNTY, GEORGIA, BEING LOT 32, BLOCK R, UNIT 4, BELVEDERE PARK SUBDIVISION, AS PER PLAT BOOK 23, PAGE 139, DEKALB COUNTY RECORDS, WHICH PLAT IS INCORPORATED HEREIN BY REFERENCE AND MADE A PART OF THIS DESCRIPTION.
Said legal description being controlling, however the property is more commonly known as 3026 SAN JOSE DRIVE, DECATUR, GA 30032.
The indebtedness secured by said Security Deed has been and is hereby declared due because of default under the terms of said Security Deed and Note. The indebtedness remaining in default, this sale will be made for the purpose of paying the same, all expenses of the sale, including attorneys' fees (notice to collect same having been given) and all other payments provided for under the terms of the Security Deed and Note.

Said property will be sold on an "as-is" basis without any representation, warranty or recourse against the above-named or the undersigned. The sale will also be subject to the following items which may affect the title: any outstanding ad valorem taxes (including taxes which are a lien, whether or not now due and payable); the right of redemption of any taxing authority; matters which would be disclosed by an accurate survey or by an inspection of the property; all zoning ordinances; assessments; liens; encumbrances; restrictions; covenants, and any other matters of record superior to said Security Deed. To the best of the knowledge and belief of the undersigned, the owner and party in possession of the property is QUEEN REESE, WILLIAM REESE, or tenants(s).

The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the Security Deed. Please note that, pursuant to O.C.G.A. § 44-14-162.2, you are not entitled by law to an amendment or modification of the terms of your loan. The entity having full authority to negotiate, amend or modify all terms of the loan (although not required by law to do so) is: Bayview Loan Servicing, LLC, Loss Mitigation Dept., 4425 Ponce de Leon Blvd., 5th Floor, Coral Gables, FL 33146, Telephone Number: 866-709-3400.
M&T BANK
as Attorney in Fact for
QUEEN REESE,
WILLIAM REESE
THE BELOW LAW FIRM MAY BE HELD TO BE ACTING AS A DEBT COLLECTOR, UNDER FEDERAL LAW. IF SO, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
Attorney Contact: Rubin Lublin, LLC, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071
Telephone Number: (877) 813-0992
Case No. ++FRC-16-05310-1 REESE++
www.rubinlublin.com/property-listings.phpc

420-406158
12/7,12/14,12/21,12/28wg
**NOTICE OF SALE UNDER POWER GEORGIA, DEKALB COUNTY**
By virtue of a Power of Sale contained in that certain Security Deed from JEROME W SCOTT to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR COUNTRYWIDE HOME LOANS, INC. dated September 20, 2004, recorded October 4, 2004, in Deed Book 16659, Page 573, DeKalb County, Georgia Records, said Security Deed having been given to secure a Note of even date in the original principal amount of Fifty-Six Thousand Five Hundred and 00/100 dollars ($56,500.00), with interest thereon as provided for therein, said Security Deed having been last sold, assigned and transferred to THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN TRUST, SERIES 2004-R, there will be sold at public outcry to the highest bidder for cash at the DeKalb County Courthouse, within the legal hours of sale on the first Tuesday in January, 2018, all property described in said Security Deed including but not limited to the following described property:
ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 94 OF THE 15TH DISTRICT, DEKALB COUNTY, GEORGIA BEING LOT 91, BLOCK A, UNIT ONE, CHAPEL LAKE, AS SHOWN ON PLAT RECORDED IN PLAT BOOK 99, PAGE 106-107, DEKALB COUNTY, GEORGIA RECORDS, WHICH PLAT IS INCORPORATED HEREIN AND MADE A PART HEREOF BY REFERENCE.
Said legal description being controlling, however the property is more commonly known as 2575 AUTUMN LAKE LN, DECATUR, GA 30034.
The indebtedness secured by said Security Deed has been and is hereby declared due because of default under the terms of said Security Deed and Note. The indebtedness remaining in default, this sale will be made for the purpose of paying the same, all expenses of the sale, including attorneys' fees (notice to collect same having been given) and all other payments provided for under the terms of the Security Deed and Note.

Said property will be sold on an "as-is" basis without any representation, warranty or recourse against the above-named or the undersigned. The sale will also be subject to the following items which may affect the title: any outstanding ad valorem taxes (including taxes which are a lien, whether or not now due and payable); the right of redemption of any taxing authority; matters which would be disclosed by an accurate survey or by an inspection of the property; all zoning ordinances; assessments; liens; encumbrances; restrictions; covenants, and any other matters of record superior to said Security Deed. To the best of the knowledge and belief of the undersigned, the owner and party in possession of the property is JEROME W SCOTT, or tenants(s).

The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the Security Deed. Please note that, pursuant to O.C.G.A. § 44-14-162.2, you are not entitled by law to an amendment or modification of the terms of your loan. The entity having full authority to negotiate, amend or modify all terms of the loan (although not required by law to do so) is: Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP, Loss Mitigation Dept., 7105 Corporate Drive, Plano, TX 75024, Telephone Number: 800-846-2222.
THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN TRUST, SERIES 2004-R
as Attorney in Fact for
JEROME W SCOTT
THE BELOW LAW FIRM MAY BE HELD TO BE ACTING AS A DEBT COLLECTOR, UNDER FEDERAL LAW. IF SO, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
Attorney Contact: Rubin Lublin, LLC, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071
Telephone Number: (877) 813-0992
Case No. ++BAC-17-06347-1 SCOTT++
www.rubinlublin.com/property-listings.phpc

420-406159
12/7,12/14,12/21,12/28wg
**NOTICE OF SALE UNDER POWER GEORGIA, DEKALB COUNTY**
By virtue of a Power of Sale contained in that certain Security Deed from PAMELA DOTSON to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR AMERITRUST MORTGAGE COMPANY , dated May 25, 2005, recorded July 6, 2005, in Deed Book 17619, Page 93, DeKalb County, Georgia Records, said Security Deed having been given to secure a Note of even date in the original principal amount of Three Hundred Twelve Thousand Seven Hundred and 00/100 dollars ($312,700.00), with interest thereon as provided for therein, said Security Deed having been last sold, assigned and transferred to Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the Thornburg Mortgage Securities Trust 2002-3 Mortgage Pass-Through Certificates, Series 2002-3, there will be sold at public outcry to the highest bidder for cash at the DeKalb County Courthouse, within the legal hours of sale on the first Tuesday in January, 2018, all property described in said Security Deed including but not limited to the following described property:
Land referred to in this commitment is described as all that certain property situated in the county of Dekalb and state of Georgia and being described in a deed dated September 16, 1999, and recorded October 6, 1999, among the land records of the county and state set forth above and referenced as follows: Book 10983 and Page 165. All that tract or parcel of land lying and being in Land Lot 276 of the 18th District of Dekalb County, Georgia, being Lot 19, Block 9 of Oglethorpe Estate Subdivision, Unit 4-B, as per plat recorded in Plat Book 26, Page 19, Dekalb County records, and being more particularly described as follows: beginning at an iron pin on the northeast right of way line of Inman Drive, 535 feet southeasterly, northeasterly, northerly and northwesterly, as measured along the southwesterly, southeasterly, easterly and northeasterly right of way line of Inman Drive, and following the curvature thereof, form the point of intersection of the southwesterly right of way line of Inman Drive and the easterly right of way line of Woodrow Way, if said street lines were extended to form an angle instead of a curve, said point of beginning also being located at the westernmost corner of lot 18 of said block, unit and subdivision; thence running in a northwesterly, northerly and northeasterly direction along the northeasterly, easterly and southeasterly right of way line of Inman Drive and following the curvature thereof, 250 feet to an iron pin; thence running in a southeasterly direction along the southwestern line of lot 20 of said block, unit and subdivision, 167.2 feet to an iron pin; thence running in a southwesterly direction along the northwestern line of lot 18 of said block, unit and subdivision, 149.7 feet to an iron pin on the northeast right of way line of Inman Drive, which point is the point of beginning. Tax ID # 18-276-19-035
Said legal description being controlling, however the property is more commonly known as 3606 INMAN DRIVE, ATLANTA, GA 30319.
The indebtedness secured by said Security Deed has been and is hereby declared due because of default under the terms of said Security Deed and Note. The indebtedness remaining in default, this sale will be made for the purpose of paying the same, all expenses of the sale, including attorneys' fees (notice to collect same having been given) and all other payments provided for under the terms of the Security Deed and Note.

Said property will be sold on an "as-is" basis without any representation, warranty or recourse against the above-named or the undersigned. The sale will also be subject to the following items which may affect the title: any outstanding ad valorem taxes (including taxes which are a lien, whether or not now due and payable); the right of redemption of any taxing authority; matters which would be disclosed by an accurate survey or by an inspection of the property; all zoning ordinances; assessments; liens; encumbrances; restrictions; covenants, and any other matters of record superior to said Security Deed. To the best of the knowledge and belief of the undersigned, the owner and party in possession of the property is PAMELA DOTSON, or tenants(s).

The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the Security Deed. Please note that, pursuant to O.C.G.A. § 44-14-162.2, you are not entitled by law to an amendment or modification of the terms of your loan. The entity having full authority to negotiate, amend or modify all terms of the loan (although not required by law to do so) is: BAYVIEW LOAN SERVICING, LLC, Loss Mitigation Dept., 4425 Ponce de Leon Blvd., 5th Floor, Coral Gables, FL 33146, Telephone Number: 800-771-0299.
THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE(CWABS 2005-BC4)
as Attorney in Fact for
PAMELA DOTSON
THE BELOW LAW FIRM MAY BE HELD TO BE ACTING AS A DEBT COLLECTOR, UNDER FEDERAL LAW. IF SO, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
Attorney Contact: Rubin Lublin, LLC, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071
Telephone Number: (877) 813-0992
Case No. ++BVC-16-00950-5 DOTSON++
www.rubinlublin.com/property-listings.phpc

420-406160
12/7,12/14,12/21,12/28wg
**NOTICE OF SALE UNDER POWER GEORGIA, DEKALB COUNTY**
By virtue of a Power of Sale contained in that certain Security Deed from ROBERT P. SPARRA, JR. to THORNBURG MORTGAGE HOME LOANS, INC, dated June 26, 2002, recorded July 17, 2002, in Deed Book 13440, Page 1, DeKalb County, Georgia Records, said Security Deed having been given to secure a Note of even date in the original principal amount of One Hundred Forty-Nine Thousand Four Hundred and 00/100 dollars ($149,400.00), with interest thereon as provided for therein, said Security Deed having been last sold, assigned and transferred to THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE(CWABS 2005-BC4), there will be sold at public outcry to the highest bidder for cash at the DeKalb County Courthouse, within the legal hours of sale on the first Tuesday in January, 2018, all property described in said Security Deed including but not limited to the following described property:
ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 6, BLOCK E, UNIT TWO, WOODLAND HILLS SUBDIVISION, AS PER PLAT RECORDED IN PLAT BOOK 18, PAGE 55 DEKALB COUNTY, GEORGIA RECORDS; SAID PLAT IS HEREBY INCORPORATED HEREWITH BY REFERENCE.
Said legal description being controlling, however the property is more commonly known as 1165 SHEPHERDS LN NE, ATLANTA, GA 30324.
The indebtedness secured by said Security Deed has been and is hereby declared due because of default under the terms of said Security Deed and Note. The indebtedness remaining in default, this sale will be made for the purpose of paying the same, all expenses of the sale, including attorneys' fees (notice to collect same having been given) and all other payments provided for under the terms of the Security Deed and Note.

Said property will be sold on an "as-is" basis without any representation, warranty or recourse against the above-named or the undersigned. The sale will also be subject to the following items which may affect the title: any outstanding ad valorem taxes (including taxes which are a lien, whether or not now due and payable); the right of redemption of any taxing authority; matters which would be disclosed by an accurate survey or by an inspection of the property; all zoning ordinances; assessments; liens; encumbrances; restrictions; covenants, and any other matters of record superior to said Security Deed. To the best of the knowledge and belief of the undersigned, the owner and party in possession of the property is ROBERT P. SPARRA, JR., ROBERT SPARRA JR, or tenants(s).

The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the Security Deed. Please note that, pursuant to O.C.G.A. § 44-14-162.2, you are not entitled by law to an amendment or modification of the terms of your loan. The entity having full authority to negotiate, amend or modify all terms of the loan (although not required by law to do so) is: Select Portfolio Servicing, Inc., Loss Mitigation Dept., 3217 S. Decker Lake Dr., Salt Lake City, UT 84119, Telephone Number: 888-818-6032.
DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE THORNBURG MORTGAGE SECURITIES TRUST 2002-3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2002-3
as Attorney in Fact for
ROBERT P. SPARRA, JR.
THE BELOW LAW FIRM MAY BE HELD TO BE ACTING AS A DEBT COLLECTOR, UNDER FEDERAL LAW. IF SO, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
Attorney Contact: Rubin Lublin, LLC, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071
Telephone Number: (877) 813-0992
Case No. ++SPS-11-14244-24 SPARRA++
www.rubinlublin.com/property-listings.phpc

420-406161
12/7,12/14,12/21,12/28wg
**NOTICE OF SALE UNDER POWER GEORGIA, DEKALB COUNTY**
By virtue of a Power of Sale contained in that certain Security Deed from THOMAS HARMUTH to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC AS NOMINEE FOR WYNDHAM CAPITAL MORTGAGE INC., dated December 30, 2016, recorded February 6, 2017, in Deed Book 26067, Page 14at Instrument Number 2017028520, DeKalb County, Georgia Records, said Security Deed having been given to secure a Note of even date in the original principal amount of Two Hundred Forty-Five Thousand Six Hundred Twenty-Four and 00/100 dollars ($245,624.00), with interest thereon as provided for therein, said Security Deed having been last sold, assigned and transferred to PennyMac Loan Services, LLC, there will be sold at public outcry to the highest bidder for cash at the DeKalb County Courthouse, within the legal hours of sale on the first Tuesday in January, 2018, all property described in said Security Deed including but not limited to the following described property:
THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF DEKALB, STATE OF GEORGIA, AND IS DESCRIBED AS FOLLOWS: ALL THAT TRACT OR PARCEL OF LAND LOTS 107 AND 108 OF THE 18TH DISTRICT OF DEKALB COUNTY, GEORGIA, AND BEING LOT 6, BLOCK E, UNIT TWO, WOODLAND HILLS SUBDIVISION, AS PER PLAT RECORDED IN PLAT BOOK 18, PAGE 55 DEKALB COUNTY, GEORGIA RECORDS; SAID PLAT IS HEREBY INCORPORATED HEREWITH BY REFERENCE.
Said legal description being controlling, however the property is more commonly known as 1165 SHEPHERDS LN NE, ATLANTA, GA 30324.
The indebtedness secured by said Security Deed has been and is hereby declared due because of default under the terms of said Security Deed and Note. The indebtedness remaining in default, this sale will be made for the purpose of paying the same, all expenses of the sale, including attorneys' fees (notice to collect same having been given) and all other payments provided for under the terms of the Security Deed and Note.

Said property will be sold on an "as-is" basis without any representation, warranty or recourse against the above-named or the undersigned. The sale will also be subject to the following items which may affect the title: any outstanding ad valorem taxes (including taxes which are a lien, whether or not now due and payable); the right of redemption of any taxing authority; matters which would be disclosed by an accurate survey or by an inspection of the property; all zoning ordinances; assessments; liens; encumbrances; restrictions; covenants, and any other matters of record superior to said Security Deed. To the best of the knowledge and belief of the undersigned, the owner and party in possession of the property is THOMAS HARMUTH, or tenants(s).

The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the Security Deed. Please note that, pursuant to O.C.G.A. § 44-14-162.2, you are not entitled by law to an amendment or modification of the terms of your loan. The entity having full authority to negotiate, amend or modify all terms of the loan (although not required by law to do so) is: PennyMac Loan Services, LLC, Loss Mitigation Dept., 3043 Townsgate Rd., Suite 200, Westlake Village, CA 91361, Telephone Number: 1-866-549-3583.
PENNYMAC LOAN SERVICES, LLC
as Attorney in Fact for
THOMAS HARMUTH
THE BELOW LAW FIRM MAY BE HELD TO BE ACTING AS A DEBT COLLECTOR, UNDER FEDERAL LAW. IF SO, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
Attorney Contact: Rubin Lublin, LLC, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071
Telephone Number: (877) 813-0992
Case No. ++PNY-17-06808-1 HARMUTH++
www.rubinlublin.com/property-listings.phpc

### 420-406163
12/7,12/14,12/21,12/28wg
**NOTICE OF SALE UNDER POWER**
**GEORGIA, DEKALB COUNTY**

By virtue of a Power of Sale contained in that certain Security Deed from LISA R. WRIGHT to NATIONSBANC MORTGAGE CORPORATION , dated February 18, 1999, recorded February 22, 1999, in Deed Book 10536, Page 280, DeKalb County, Georgia Records, said Security Deed having been given to secure a Note of even date in the original principal amount of Eighty-Three Thousand and 00/100 dollars ($83,000.00), with interest thereon as provided for therein, said Security Deed having been last sold, assigned and transferred to BANK OF AMERICA, N.A., there will be sold at public outcry to the highest bidder for cash at the DeKalb County Courthouse, within the legal hours of sale on the first Tuesday in January, 2018, all property described in said Security Deed including but not limited to the following described property:

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 253 OF THE 15TH DISTRICT OF DEKALB COUNTY, GEORGIA, BEING KNOWN AND DESIGNATED AS LOT 12, BLOCK "A", THE WOODS SUBDIVISION, AS PER PLAT RECORDED AT PLAT BOOK 72, PAGE 176, DEKALB COUNTY, GEORGIA RECORDS, WHICH PLAT BY REFERENCE IS INCORPORATED HEREIN AND MADE A PART HEREOF.

Said legal description being controlling, however the property is more commonly known as 3913 WOOD PATH DRIVE, STONE MOUNTAIN, GA 30083.

The indebtedness secured by said Security Deed has been and is hereby declared due because of default under the terms of said Security Deed and Note. The indebtedness remaining in default, this sale will be made for the purpose of paying the same, all expenses of the sale, including attorneys' fees (notice to collect same having been given) and all other payments provided for under the terms of the Security Deed and Note.

Said property will be sold on an "as-is" basis without any representation, warranty or recourse against the above-named or the undersigned. The sale will also be subject to the following items which may affect the title: any outstanding ad valorem taxes (including taxes which are a lien, whether or not now due and payable); the right of redemption of any taxing authority; matters which would be disclosed by an accurate survey or by an inspection of the property; all zoning ordinances; assessments; liens; encumbrances; restrictions; covenants, and any other matters of record superior to said Security Deed. To the best of the knowledge and belief of the undersigned, the owner and party in possession of the property is WALTER H HOTZ, or tenants(s).

The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the Security Deed. Please note that, pursuant to O.C.G.A. § 44-14-162.2, you are not entitled by law to an amendment or modification of the terms of your loan. The entity having full authority to negotiate, amend or modify all terms of the loan (although not required by law to do so) is: BAYVIEW LOAN SERVICING,LLC, Loss Mitigation Dept., 4425 Ponce de Leon Blvd., 5th Floor, Coral Gables, FL 33146, Telephone Number: 800-771-0299.
BAYVIEW LOAN SERVICING, LLC as Attorney in Fact for
WALTER H HOTZ
THE BELOW LAW FIRM MAY BE HELD TO BE ACTING AS A DEBT COLLECTOR, UNDER FEDERAL LAW. IF SO, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
Attorney Contact: Rubin Lublin, LLC, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071
Telephone Number: (877) 813-0992
Case No. ++BVC-17-05589-1 HOTZ++
www.rubinlublin.com/property-listings.phpc

### 420-406164
12/7,12/14,12/21,12/28wg
**NOTICE OF SALE UNDER POWER**
**GEORGIA, DEKALB COUNTY**

By virtue of a Power of Sale contained in that certain Security Deed from WALTER H HOTZ to JP MORGAN CHASE BANK N.A., dated September 30, 2011, recorded October 10, 2011, in Deed Book 22671, Page 159 , DeKalb County, Georgia Records, said Security Deed having been given to secure a Note of even date in the original principal amount of One Hundred Ten Thousand Six Hundred Ninety and 00/100 dollars ($110,690.00), with interest thereon as provided for therein, said Security Deed having been last sold, assigned and transferred to Bayview Loan Servicing, LLC, there will be sold at public outcry to the highest bidder for cash at the DeKalb County Courthouse, within the legal hours of sale on the first Tuesday in January, 2018, all property described in said Security Deed including but not limited to the following described property:

ALL THAT TRACT OF LAND LYING AND BEING IN LAND LOT 92 OF THE 16TH DISTRICT, DEKALB COUNTY, GEORGIA BEING LOT 9, BLOCK A, OF BRETTON WOODS SUBDIVISION AS SHOWN IN PLAT RECORDED IN PLAT BOOK 82, PAGE 117, DEKALB COUNTY, GEORGIA, RECORDS.

Said legal description being controlling, however the property is more commonly known as 5969 BRETTON WOODS DR, LITHONIA, GA 30058.

The indebtedness secured by said Security Deed has been and is hereby declared due because of default under the terms of said Security Deed and Note. The indebtedness remaining in default, this sale will be made for the purpose of paying the same, all expenses of the sale, including attorneys' fees (notice to collect same having been given) and all other payments provided for under the terms of the Security Deed and Note.

Said property will be sold on an "as-is" basis without any representation, warranty or recourse against the above-named or the undersigned. The sale will also be subject to the following items which may affect the title: any outstanding ad valorem taxes (including taxes which are a lien, whether or not now due and payable); the right of redemption of any taxing authority; matters which would be disclosed by an accurate survey or by an inspection of the property; all zoning ordinances; assessments; liens; encumbrances; restrictions; covenants, and any other matters of record superior to said Security Deed. To the best of the knowledge and belief of the undersigned, the owner and party in possession of the property is LISA R. WRIGHT, or tenants(s).

The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the Security Deed. Please note that, pursuant to O.C.G.A. § 44-14-162.2, you are not entitled by law to an amendment or modification of the terms of your loan. The entity having full authority to negotiate, amend or modify all terms of the loan (although not required by law to do so) is: BAYVIEW LOAN SERVICING,LLC, Loss Mitigation Dept., 4425 Ponce de Leon Blvd., 5th Floor, Coral Gables, FL 33146, Telephone Number: 800-771-0299.
BAYVIEW LOAN SERVICING, LLC as Attorney in Fact for
LISA R. WRIGHT
THE BELOW LAW FIRM MAY BE HELD TO BE ACTING AS A DEBT COLLECTOR, UNDER FEDERAL LAW. IF SO, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
Attorney Contact: Rubin Lublin, LLC, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071
Telephone Number: (877) 813-0992
Case No. ++BAC-15-00220-5 WRIGHT++
www.rubinlublin.com/property-listings.phpc

### 420-406165
12/7,12/14,12/21,12/28wg
**NOTICE OF SALE UNDER POWER**
**GEORGIA, DEKALB COUNTY**

By virtue of a Power of Sale contained in that certain Security Deed from Cynthia Banks to Mortgage Electronic Registration Systems Inc. as nominee for Mid-Atlantic Financial Services Inc. , dated November 7, 2009, recorded July 23, 2010, in Deed Book 22058, Page 32 ( See Court Order at 24483/342), DeKalb County, Georgia Records, said Security Deed having been given to secure a Note of even date in the original principal amount of One Hundred Nineteen Thousand Five Hundred Forty-Two and 00/100 dollars ($119,542.00), with interest thereon as provided for therein, said Security Deed having been last sold, assigned and transferred to Bayview Loan Servicing, LLC, a Delaware Limited Liability Company, there will be sold at public outcry to the highest bidder for cash at the DeKalb County Courthouse, within the legal hours of sale on the first Tuesday in January, 2018, all property described in said Security Deed including but not limited to the following described property:

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 28 OF THE 16TH DISTRICT OF DEKALB COUNTY, GOERIGA, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:
CONDOMINIUM UNIT 91, PHASE ONE OF THE HIGHLAND AT HIDDEN HILLS CONDOMINIUM, A CONDOMINIUM, AS MORE PARTICULARLY DESCRIBED AND DELINEATED IN THE DECLARATION OF CONDOMINIUM FOR THE HIGHLANDS AT HIDDEN HILLS CONDOMINIUM, RECORDED IN DEED BOOK 4691, PAGE 439, ET SEQ., DEKALB COUNTY, GEORGIA RECORDS, AS MAY BE AMENDED.
THIS CONVEYANCE IS MADE SUBJECT TO THE DECLARATION AND ALL MATTERS REFERENCED THEREIN, ALL MATTERS SHOWN ON THE PLAT RECORDED IN CONDOMINIUM PLAT BOOK 4, PAGE 164, DEKALB COUNTY, GEORGIA RECORDS, AS MAY BE AMENDED, AND THE FLOOR PLANS RECORDED IN CONDOMINIUM FLOOR PLAN FOLDER 130 AFORESALD RECORDS, AS MAY BE AMENDED. TOGETHER WITH AND SUBJECT TO THOSE CERTAIN EASEMENTS, RIGHT, BENEFITS AND BURDENS APPERTAINING TO THE PROPERTY CONVEYED HEREBY UNDER AND PURSUANT TO THAT CERTAIN DECLARATION OF EASEMENTS, DATED DECEMBER 16, 1982 AND RECORDED IN DEED BOOK 4691, PAGE 426, DEKALB COUNTY, GEORGIA.

Said legal description being controlling, however the property is more commonly known as 5089 Highland Hills Court , Stone Mountain, GA 30088.

The indebtedness secured by said Security Deed has been and is hereby declared due because of default under the terms of said Security Deed and Note. The indebtedness remaining in default, this sale will be made for the purpose of paying the same, all expenses of the sale, including attorneys' fees (notice to collect same having been given) and all other payments provided for under the terms of the Security Deed and Note.

Said property will be sold on an "as-is" basis without any representation, warranty or recourse against the above-named or the undersigned. The sale will also be subject to the following items which may affect the title: any outstanding ad valorem taxes (including taxes which are a lien, whether or not now due and payable); the right of redemption of any taxing authority; matters which would be disclosed by an accurate survey or by an inspection of the property; all zoning ordinances; assessments; liens; encumbrances; restrictions; covenants, and any other matters of record superior to said Security Deed. To the best of the knowledge and belief of the undersigned, the owner and party in possession of the property is Cynthia Banks, or tenants(s).

The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the Security Deed. Please note that, pursuant to O.C.G.A. § 44-14-162.2, you are not entitled by law to an amendment or modification of the terms of your loan. The entity having full authority to negotiate, amend or modify all terms of the loan (although not required by law to do so) is: BAYVIEW LOAN SERVICING,LLC, Loss Mitigation Dept., 4425 Ponce de Leon Blvd., 5th Floor, Coral Gables, FL 33146, Telephone Number: 800-771-0299.
BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY
as Attorney in Fact for
CYNTHIA BANKS
THE BELOW LAW FIRM MAY BE HELD TO BE ACTING AS A DEBT COLLECTOR, UNDER FEDERAL LAW. IF SO, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
Attorney Contact: Rubin Lublin, LLC, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071
Telephone Number: (877) 813-0992
Case No. ++BVC-13-03267-3 BANKS++
www.rubinlublin.com/property-listings.phpc

### 420-406166
12/7,12/14,12/21,12/28wg
**NOTICE OF SALE UNDER POWER**
**GEORGIA, DEKALB COUNTY**

By virtue of a Power of Sale contained in that certain Security Deed from DONALD LEE BROWN, JOANN H. BROWN to JPMORGAN CHASE BANK NA, dated April 12, 2014, recorded April 23, 2014, in Deed Book 24345, Page 619, DeKalb County, Georgia Records, said Security Deed having been given to secure a Note of even date in the original principal amount of Ninety-Four Thousand Nine Hundred Forty-Eight and 00/100 dollars ($94,948.00), with interest thereon as provided for therein, said Security Deed having been last sold, assigned and transferred to Bayview Loan Servicing, LLC, a Delaware Limited Liability Company, there will be sold at public outcry to the highest bidder for cash at the DeKalb County Courthouse, within the legal hours of sale on the first Tuesday in January, 2018, all property described in said Security Deed including but not limited to the following described property:

LAND SITUATED IN THE COUNTY OF DEKALB IN THE STATE OF GA ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 29 OF THE 15TH DISTRICT OF DEKALB COUNTY, GEORGIA, BEING LOT 12, BLOCK C, CHIMNEY RIDGE SUBDIVISION, UNIT TWO, AS PER PLAT RECORDED IN PLAT BOOK 69, PAGE 77, DEKALB COUNTY, GEORGIA RECORDS, TO WHICH REFERENCE IS HEREBY MADE FOR A MORE PARTICULAR DESCRIPTION OF SAID PROPERTY. COMMONLY KNOWN AS: 3715 CHIMNEY RIDGE CT, ELLENWOOD, GA 30294

Said legal description being controlling, however the property is more commonly known as 3715 CHIMNEY RIDGE CT, ELLENWOOD, GA 30294.

The indebtedness secured by said Security Deed has been and is hereby declared due because of default under the terms of said Security Deed and Note. The indebtedness remaining in default, this sale will be made for the purpose of paying the same, all expenses of the sale, including attorneys' fees (notice to collect same having been given) and all other payments provided for under the terms of the Security Deed and Note.

Said property will be sold on an "as-is" basis without any representation, warranty or recourse against the above-named or the undersigned. The sale will also be subject to the following items which may affect the title: any outstanding ad valorem taxes (including taxes which are a lien, whether or not now due and payable); the right of redemption of any taxing authority; matters which would be disclosed by an accurate survey or by an inspection of the property; all zoning ordinances; assessments; liens; encumbrances; restrictions; covenants, and any other matters of record superior to said Security Deed. To the best of the knowledge and belief of the undersigned, the owner and party in possession of the property is DONALD LEE BROWN, JOANN H. BROWN, or tenants(s).

The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the Security Deed. Please note that, pursuant to O.C.G.A. § 44-14-162.2, you are not entitled by law to an amendment or modification of the terms of your loan. The entity having full authority to negotiate, amend or modify all terms of the loan (although not required by law to do so) is: BAYVIEW LOAN SERVICING,LLC, Loss Mitigation Dept., 4425 Ponce de Leon Blvd., 5th Floor, Coral Gables, FL 33146, Telephone Number: 800-771-0299.
BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY
as Attorney in Fact for
DONALD LEE BROWN,
JOANN H. BROWN
THE BELOW LAW FIRM MAY BE HELD TO BE ACTING AS A DEBT COLLECTOR, UNDER FEDERAL LAW. IF SO, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
Attorney Contact: Rubin Lublin, LLC, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071
Telephone Number: (877) 813-0992
Case No. ++BVC-17-06994-1++
www.rubinlublin.com/property-listings.phpc

### 420-406167
12/7,12/14,12/21,12/28wg
**NOTICE OF SALE UNDER POWER**
**STATE OF GEORGIA**
**COUNTY OF DEKALB**

Under and by virtue of the power of sale contained with that certain Security Deed dated September 18, 2000, from Juanita M. Smith to Bank of America, N.A., recorded on November 8, 2000 in Deed Book 11689 at Page 451 Dekalb County, Georgia records, and said Security Deed having been given to secure a note dated September 18, 2000, in the amount of $61,650.00, and said Note being in default, the undersigned will sell at public outcry during the legal hours of sale before the door of the courthouse of Dekalb County, Georgia, on January 2, 2018 the following described real property (hereinafter referred to as the "Property"): ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 34, OF THE 15TH DISTRICT, OF DEKALB COUNTY, GEORGIA, BEING LOT 2, CHAPEL HILL, UNIT X, PHASE I, AS PER PLAT RECORDED IN PLAT BOOK 86, PAGE 129, DEKALB COUNTY RECORDS. The debt secured by the Security Deed and evidenced by the Note and has been, and is hereby, declared due and payable because of, among other possible events of default, failure to make the payments as required by the terms of the Note. The debt remaining is in default and this sale will be made for the purposes of paying the Security Deed, accrued interest, and all expenses of the sale, including attorneys' fees. Notice of intention to collect attorneys' fees has been given as provided by law. To the best of the undersigned's knowledge, the person(s) in possession of the property isIare Juanita M. Smith. The property, being commonly known as 4216 Southvale Drive, Decatur, GA, 30034 in Dekalb County, will be sold as the property of Juanita M. Smith, subject to any outstanding ad valorem taxes (including taxes which are a lien and not yet due and payable), any matters affecting title to the property which would be disclosed by accurate survey and inspection thereof, and all assessments, liens, encumbrances, restrictions, covenants, and matters of record to the Security Deed. Pursuant to O.C.G.A.Section 44-14-162.2, the name, address and telephone number of the individual or entity who shall have the full authority to negotiate, amend or modify all terms of the above described mortgage is as follows: Bank of America, N.A., 9000 Southside Boulevard, Building 400, Jacksonville, FL 32256, 1-877-744-7691 . The foregoing notwithstanding, nothing in O.C.G.A. Section 44-14-162.2 shall require the secured creditor to negotiate, amend or modify the terms of the mortgage instrument. The sale will be conducted subject (1) to confirmation that the sale is not prohibited under U.S. Bankruptcy code and (2) to final confirmation and audit of the status of the loan with the holder of the Security Deed. Albertelli Law Attorney for BANK OF AMERICA, N.A. as Attorney in Fact for Juanita M. Smith 100 Galleria Parkway, Suite 960 Atlanta, GA 30339 Phone: (770) 373-4242 By: James E. Albertelli, Esq. For the Firm THIS FIRM IS ACTING AS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. -
++17-024435 A-4637784 SMITH++

### 420-406168
12/7,12/14,12/21,12/28wg
**NOTICE OF SALE UNDER POWER**
**STATE OF GEORGIA COUNTY OF DEKALB**

Under and by virtue of the power of sale contained with that certain Security Deed dated July 26, 2004, from Richard Francati to Mortgage Electronic Registration Systems, Inc., as nominee for American Residential Mortgage Corp., recorded on August 6, 2004 in Deed Book 16456 at Page 794, Dekalb County, Georgia Records, having been last sold, assigned, transferred and conveyed to THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2004-17 by Assignment and said Security Deed having been given to secure a note dated July 26, 2004, in the amount of $132,000.00, said note being in default, the undersigned will sell at public outcry during the legal hours of sale before the door of the courthouse of Dekalb County, Georgia, on January 2, 2018, the following described real property (hereinafter referred to as the "Property"): ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 178 OF THE 15TH DISTRICT, DEKALB COUNTY, GEORGIA, BEING LOT 16, BLOCK A, DR. ARCH AVERY PROPERTY AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: BEGINNING AT AN "X" MARK IN CONCRETE LOCATED ON THE WEST RIGHT OF WAY OF BLAKE AVENUE (FORMERLY AVERY LANE) ONE HUNDRED THIRTY (130) FEET SOUTH, AS MEASURED ALONG THE WEST RIGHT OF WAY LING OF BLAKE AVENUE, FROM THE POINT OF INTERSECTOIN OF WEST RIGHT OF WAY LINE OF BLAKE AVENUE WITH THE SOUTH RIGHT OF WAY LINE OF MARBUT AVENUE (FORMERLY MCPHERSON AVENUE); THENCE RUNNING SOUTH ALONG THE WEST RIGHT OF WAY LINE OF BLAKE AVENUE FORTY-FIVE (45) FEET TO AN "X" MARK IN CONCRETE, SAID "X" MARK BEING LOCATED ONE HUNDRED FIFTY (150) FEET NORTH, AS MEASURED ALONG THE WEST RIGHT OF WAY LINE OF BLAKE AVENUE, FROM THE POINT OF INTERSECTION OF THE WEST RIGHT OF WAY LINE OF BLAKE AVENUE WITH THE NORTH RIGHT OF WAY LINE OF METROPOLITAN AVENUE; THENCE RUNNING WEST FORMING AN INTERIOR ANGLE OF DEGREES WITH THE PRECEDING COURSE AND ALONG THE NORTH LINE OF LOT 17, SAID BLOCK AND PROPERTY ONE HUNDRED THIRTY (130) FEET TO AN IRON PIN; THENCE RUNNING NORTH ALONG THE EAST LINE OF LOT 20, SAID BLOCK AND PROPERTY FORTY-FIVE (45) FEET TO AN IRON PIN; THENCE RUNNING EAST ALONG THE SOUTH LINES OF LOTS 13, 14 AND 15, SAID BLOCK AND PROPERTY ONE HUNDRED THIRTY (130) FEET TO AN "X" IN CONCRETE LOCATED ON THE WEST RIGHT OF WAY LINE OF BLAKE AVENUE AT THE POINT OF BEGINNING; BEING IMPROVED PROPERTY KNOWN AS 397 BLAKE AVENUE, ACCORDING TO THE PRESENT SYSTEM OF NUMBERING HOUSES IN THE CITY OF ATLANTA, DEKALB COUNTY, GEORGIA. The debt secured by the Security Deed and evidenced by the Note and has been, and is hereby, declared due and payable because of, among other possible events of default, failure to make the payments as required by the terms of the Note. The debt remaining is in default and this sale will be made for the purposes of paying the Security Deed, accrued interest, and all expenses of the sale, including attorneys' fees. Notice of intention to collect attorneys' fees has been given as provided by law. To the best of the undersigned's knowledge, the person(s) in possession of the property isIare Richard Francati. The property, being commonly known as 397 Blake, Atlanta, GA, 30316 in Dekalb County, will be sold as the property of Richard Francati, subject to any outstanding ad valorem taxes (including taxes which are a lien and not yet due and payable), any matters affecting title to the property which would be disclosed by accurate survey and inspection thereof, and all assessments, liens, encumbrances, restric-

### 420-406163
(continuation at top of first column)
cords, and being more particularly described as follows: beginning at an iron pin on the northeast right of way line of Inman Drive, 535 feet southeasterly, northeasterly, northerly and northwesterly, as measured along the southwesterly, southeasterly, easterly and northeasterly right of way line of Inman Drive, and following the curvature thereof, form the point of intersection of the southwesterly right of way line of Inman Drive and the easterly right of way line of Woodrow Way, if said street lines were extended to form an angle instead of a curve, said point of beginning also being located at the westernmost corner of lot 18 of said block, unit and subdivision; thence running in a northwesterly, northerly and northeasterly direction along the northeasterly, easterly and southeasterly right of way line of Inman Drive and following the curvature thereof, 250 feet to an iron pin; thence running in a southeasterly direction along the southwestern line of lot 20 of said block, unit and subdivision, 167.2 feet to an iron pin; thence running in a southwesterly direction along the northwestern line of lot 18 of said block, unit and subdivision, 149.7 feet to an iron pin on the northeast right of way line of Inman Drive, which point is the point of beginning. Tax ID # 18-276-19-035

Said legal description being controlling, however the property is more commonly known as 3606 INMAN DRIVE, ATLANTA, GA 30319.

The indebtedness secured by said Security Deed has been and is hereby declared due because of default under the terms of said Security Deed and Note. The indebtedness remaining in default, this sale will be made for the purpose of paying the same, all expenses of the sale, including attorneys' fees (notice to collect same having been given) and all other payments provided for under the terms of the Security Deed and Note.

Said property will be sold on an "as-is" basis without any representation, warranty or recourse against the above-named or the undersigned. The sale will also be subject to the following items which may affect the title: any outstanding ad valorem taxes (including taxes which are a lien, whether or not now due and payable); the right of redemption of any taxing authority; matters which would be disclosed by an accurate survey or by an inspection of the property; all zoning ordinances; assessments; liens; encumbrances; restrictions; covenants, and any other matters of record superior to said Security Deed. To the best of the knowledge and belief of the undersigned, the owner and party in possession of the property is ROBERT P. SPARRA, JR., ROBERT SPARRA JR, or tenants(s).

The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the Security Deed. Please note that, pursuant to O.C.G.A. § 44-14-162.2, you are not entitled by law to an amendment or modification of the terms of your loan. The entity having full authority to negotiate, amend or modify all terms of the loan (although not required by law to do so) is: Select Portfolio Servicing, Inc., Loss Mitigation Dept., 3217 S. Decker Lake Dr., Salt Lake City, UT 84119, Telephone Number: 888-818-6032.
DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE THORNBURG MORTGAGE SECURITIES TRUST 2002-3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2002-3
as Attorney in Fact for
ROBERT P. SPARRA, JR.
THE BELOW LAW FIRM MAY BE HELD TO BE ACTING AS A DEBT COLLECTOR, UNDER FEDERAL LAW. IF SO, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
Attorney Contact: Rubin Lublin, LLC, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071
Telephone Number: (877) 813-0992
Case No. ++SPS-11-14244-24 SPARRA++
www.rubinlublin.com/property-listings.phpc

JACQUELINE MORRIS
THE BELOW LAW FIRM MAY BE HELD TO BE ACTING AS A DEBT COLLECTOR, UNDER FEDERAL LAW. IF SO, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
Attorney Contact: Rubin Lublin, LLC, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071
Telephone Number: (877) 813-0992
Case No. ++SEF-17-03471-4 MORRIS++
www.rubinlublin.com/property-listings.phpc

420-406152
12/7,12/14,12/21,12/28WG
**NOTICE OF SALE UNDER POWER**
**GEORGIA, DEKALB COUNTY**
By virtue of a Power of Sale contained in that certain Security Deed from GREGORY D BROWN SR to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR MORTGAGE LENDERS NETWORK USA, INC., dated November 8, 2006, recorded November 17, 2006, in Deed Book 19378, Page 29, DeKalb County, Georgia Records, said Security Deed having been given to secure a Note of even date in the original principal amount of Two Hundred Sixty Thousand and 00/100 dollars ($260,000.00), with interest thereon as provided for therein, said Security Deed having been last sold, assigned and transferred to Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust, there will be sold at public outcry to the highest bidder for cash at the DeKalb County Courthouse, within the legal hours of sale on the first Tuesday in January, 2018, all property described in said Security Deed including but not limited to the following described property:
ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 217 OF THE 18TH DISTRICT OF DEKALB COUNTY, GEORGIA, BEING PART OF LOT 10, BLOCK KK, UNIT 1, SMOKE RISE SUBDIVISION, AS PER PLAT RECORDED IN PLAT BOOK 43, PAGE 119, DEKALB COUNTY, GEORGIA RECORDS, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: BEGINNING AT A POINT (IRON PIN FOUND) ON THE NORTHWESTERLY RIGHT OF WAY OF OXBOW ROAD (60 FOOT RIGHT OF WAY) SAID IRON PIN BEING LOCATED 181.4 FEET NORTHEASTERLY, AS MEASURED ALONG THE NORTHWESTERLY RIGHT OF WAY OF OXBOW ROAD FROM ITS INTERSECTION WITH THE NORTHEASTERLY RIGHT OF WAY OF ANTELOPE LANE; RUNNING THENCE NORTH 14 DEGREES 51 MINUTES 06 SECONDS WEST 205.52 FEET TO AN IRON PIN FOUND; RUNNING THENCE NORTH 19 DEGREES 34 MINUTES 30 SECONDS EAST 140.39 FEET TO AN IRON PIN FOUND; THENCE RUNNING SOUTH 26 DEGREES 05 MINUTES 19 SECONDS EAST 165.48 FEET TO AN IRON PIN FOUND; RUNNING THENCE SOUTH 32 DEGREES 0 MINUTES 32 SECONDS EAST 142.3 FEET TO AN IRON PIN FOUND ON THE AFORESAID RIGHT OF WAY OF OXBOW ROAD; THENCE ALONG THE ARC OF A CURVE TO THE RIGHT, WHICH CURVE HAS A RADIUS OF 686.25 FEET, AN ARC DISTANCE OF 155.34 FEET, AND WHICH ARC IS SUBTENDED BY A CHORD BEARING SOUTH 66 DEGREES 30 MINUTES 49 SECONDS WEST AND HAVING A LENGTH OF 155.01 FEET TO AN IRON PIN AND THE POINT OF BEGINNING.
ALL ACCORDING TO PLAT OF SURVEY PREPARED BY PERRY E. MCCLUNG, GEORGIA REGISTERED LAND SURVEYOR, DATED AUGUST 21, 1997. SAID SURVEY IS INCORPORATED HEREIN BY REFERENCE THERETO IN ORDER TO MORE FULLY SHOW THE METES, BOUNDS, COURSES AND DISTANCES OF SAID PROPERTY, BEING KNOWN AS 5258 OXBOW ROAD, ACCORDING TO THE PRESENT SYSTEM OF NUMBERING HOUSES IN DEKALB COUNTY, GEORGIA.
Said legal description being controlling, however the property is more commonly known as 5258 OXBOW ROAD, STONE MOUNTAIN, GA 30087.
The indebtedness secured by said Security Deed has been and is hereby declared due because of default under the terms of said Security Deed and Note. The indebtedness remaining in default, this sale will be made for the purpose of paying the same, all expenses of the sale, including attorneys' fees (notice to collect same having been given) and all other payments provided for under the terms of the Security Deed and Note.
Said property will be sold on an "as-is" basis without any representation, warranty or recourse against the above-named or the undersigned. The sale will also be subject to the following items which may affect the title: any outstanding ad valorem taxes (including taxes which are a lien, whether or not now due and payable); the right of redemption of any taxing authority; matters which would be disclosed by an accurate survey or by an inspection of the property; all zoning ordinances; assessments; liens; encumbrances; restrictions; covenants, and any other matters of record superior to said Security Deed. To the best of the knowledge and belief of the undersigned, the owner and party in possession of the property is GREGORY D BROWN SR, or tenants(s).
The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the Security Deed. Please note that, pursuant to O.C.G.A. § 44-14-162.2, you are not entitled by law to an amendment or modification of the terms of your loan. The entity having full authority to negotiate, amend or modify all terms of the loan (although not required by law to do so) is: Fay Servicing, LLC, Loss Mitigation Dept., 440 S LaSalle, 20th Floor, Chicago, IL 60605, Telephone Number: 800-495-7166.
WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR HILLDALE TRUST
as Attorney in Fact for
GREGORY D BROWN SR
THE BELOW LAW FIRM MAY BE HELD TO BE ACTING AS A DEBT COLLECTOR, UNDER FEDERAL LAW. IF SO, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
Attorney Contact: Rubin Lublin, LLC, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071
Telephone Number: (877) 813-0992
Case No. ++FAY-16-05431-3 BROWN++
www.rubinlublin.com/property-listings.phpc

420-406155
12/7,12/14,12/21,1/28wg
**NOTICE OF SALE UNDER POWER**
**GEORGIA, DEKALB COUNTY**
By virtue of a Power of Sale contained in that certain Security Deed from CHARLOTTE H BUFFINGTON to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC AS NOMINEE FOR WACHOVIA MORTGAGE CORPORATION, dated February 25, 2004, recorded April 2, 2004, in Deed Book 15974, Page 115, DeKalb County, Georgia Records, said Security Deed having been given to secure a Note of even date in the original principal amount of Sixty-Six Thousand Two Hundred Sixty and 00/100 dollars ($66,260.00), with interest thereon as provided for therein, said Security Deed having been last sold, assigned and transferred to Bayview Loan Servicing, LLC, there will be sold at public outcry to the highest bidder for cash at the DeKalb County Courthouse, within the legal hours of sale on the first Tuesday in January, 2018, all property described in said Security Deed including but not limited to the following described property:
ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 193 OF THE 15TH DISTRICT OF DEKALB COUNTY, GEORGIA, BEING LOT 18, BLOCK J, UNIT FIVE, WOODRIDGE SUBDIVISION, ACCORDING TO THE PLAT RECORDED IN PLAT BOOK 62, PAGE 70, DEKALB COUNTY, RECORDS; BEING IMPROVED PROPERTY KNOWN AS 4623 BIRCH RIDGE TRAIL, ACCORDING TO THE PRESENT SYSTEM OF NUMBERING HOUSES IN DEKALB COUNTY, GEORGIA, SAID PLAT BY REFERENCE IS INCORPORATED HEREIN AND MADE A PART HEREOF.
Said legal description being controlling, however the property is more commonly known as 4623 BIRCH RIDGE TRL, STONE MOUNTAI, GA 30083.
The indebtedness secured by said Security Deed has been and is hereby declared due because of default under the terms of said Security Deed and Note. The indebtedness remaining in default, this sale will be made for the purpose of paying the same, all expenses of the sale, including attorneys' fees (notice to collect same having been given) and all other payments provided for under the terms of the Security Deed and Note.
Said property will be sold on an "as-is" basis without any representation, warranty or recourse against the above-named or the undersigned. The sale will also be subject to the following items which may affect the title: any outstanding ad valorem taxes (including taxes which are a lien, whether or not now due and payable); the right of redemption of any taxing authority; matters which would be disclosed by an accurate survey or by an inspection of the property; all zoning ordinances; assessments; liens; encumbrances; restrictions; covenants, and any other matters of record superior to said Security Deed. To the best of the knowledge and belief of the undersigned, the owner and party in possession of the property is CHARLOTTE H BUFFINGTON, or tenants(s).
The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the Security Deed. Please note that, pursuant to O.C.G.A. § 44-14-162.2, you are not entitled by law to an amendment or modification of the terms of your loan. The entity having full authority to negotiate, amend or modify all terms of the loan (although not required by law to do so) is: BAYVIEW LOAN SERVICING,LLC, Loss Mitigation Dept., 4425 Ponce de Leon Blvd., 5th Floor, Coral Gables, FL 33146, Telephone Number: 800-771-0299.
BAYVIEW LOAN SERVICING, LLC
as Attorney in Fact for
CHARLOTTE H BUFFINGTON
THE BELOW LAW FIRM MAY BE HELD TO BE ACTING AS A DEBT COLLECTOR, UNDER FEDERAL LAW. IF SO, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
Attorney Contact: Rubin Lublin, LLC, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071
Telephone Number: (877) 813-0992
Case No. ++BVC-17-06043-1 BUFFINGTON++
www.rubinlublin.com/property-listings.phpc

420-406157
12/7,12/14,12/21,12/28wg
**NOTICE OF SALE UNDER POWER**
**GEORGIA, DEKALB COUNTY**
By virtue of a Power of Sale contained in that certain Security Deed from QUEEN REESE, WILLIAM REESE to FIDELITY HOME MORTGAGE CORP., dated February 16, 1998, recorded March 3, 1998, in Deed Book 09862, Page 0337, DeKalb County, Georgia Records, said Security Deed having been given to secure a Note of even date in the original principal amount of Thirty-Five Thousand and 00/100 dollars ($35,000.00), with interest thereon as provided for therein, said Security Deed having been last sold, assigned and transferred to Deutsche Bank National Trust Company, as certificate trustee on behalf of Bosco Credit II Trust Series 2010-1, there will be sold at public outcry to the highest bidder for cash at the DeKalb County Courthouse, within the legal hours of sale on the first Tuesday in January, 2018, all property described in said Security Deed including but not limited to the following described property:
ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 124 OF THE 15TH DISTRICT, DEKALB COUNTY, GEORGIA AND BEING LOT 2, BLOCK A, SECTION B, UNIT FIVE OF CHURCHILL DOWNS, AS PER PLAT RECORDED IN PLAT BOOK 44, PAGE 35, DEKALB COUNTY RECORDS, WHICH PLAT IS INCORPORATED HEREIN BY REFERENCE AND MADE A PART HEREOF.
Said legal description being controlling, however the property is more commonly known as 2699 COCKLEBUR RD, DECATUR, GA 30034.
The indebtedness secured by said Security Deed has been and is hereby declared due because of default under the terms of said Security Deed and Note. The indebtedness remaining in default, this sale will be made for the purpose of paying the same, all expenses of the sale, including attorneys' fees (notice to collect same having been given) and all other payments provided for under the terms of the Security Deed and Note.
Said property will be sold on an "as-is" basis without any representation, warranty or recourse against the above-named or the undersigned. The sale will also be subject to the following items which may affect the title: any outstanding ad valorem taxes (including taxes which are a lien, whether or not now due and payable); the right of redemption of any taxing authority; matters which would be disclosed by an accurate survey or by an inspection of the property; all zoning ordinances; assessments; liens; encumbrances; restrictions; covenants, and any other matters of record superior to said Security Deed. To the best of the knowledge and belief of the undersigned, the owner and party in possession of the property is QUEEN REESE, WILLIAM REESE, or tenants(s).
The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the Security Deed. Please note that, pursuant to O.C.G.A. § 44-14-162.2, you are not entitled by law to an amendment or modification of the terms of your loan. The entity having full authority to negotiate, amend or modify all terms of the loan (although not required by law to do so) is: Franklin Credit Management Corporation, Loss Mitigation Dept., 101 Hudson Street, Jersey City, NJ 07302, Telephone Number: 800-255-5897.
DEUTSCHE BANK NATIONAL TRUST COMPANY, AS CERTIFICATE TRUSTEE ON BEHALF OF BOSCO CREDIT II TRUST SERIES 2010-1
as Attorney in Fact for
QUEEN REESE
WILLIAM REESE
THE BELOW LAW FIRM MAY BE HELD TO BE ACTING AS A DEBT COLLECTOR, UNDER FEDERAL LAW. IF SO, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
Attorney Contact: Rubin Lublin, LLC, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071
Telephone Number: (877) 813-0992
Case No. ++FRC-16-05310-1 REESE++
www.rubinlublin.com/property-listings.phpc

420-406158
12/7,12/14,12/21,12/28wg
**NOTICE OF SALE UNDER POWER**
**GEORGIA, DEKALB COUNTY**
By virtue of a Power of Sale contained in that certain Security Deed from JEROME W SCOTT to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR COUNTRYWIDE HOME LOANS, INC., dated September 20, 2004, recorded October 4, 2004, in Deed Book 16659, Page 573, DeKalb County, Georgia Records, said Security Deed having been given to secure a Note of even date in the original principal amount of Fifty-Six Thousand Five Hundred and 00/100 dollars ($56,500.00), with interest thereon as provided for therein, said Security Deed having been last sold, assigned and transferred to THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN TRUST, SERIES 2004-R, there will be sold at public outcry to the highest bidder for cash at the DeKalb County Courthouse, within the legal hours of sale on the first Tuesday in January, 2018, all property described in said Security Deed including but not limited to the following described property:
ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 185 OF THE 15TH DISTRICT, DEKALB COUNTY, GEORGIA, BEING LOT 32, BLOCK R, UNIT 4, BELVEDERE PARK SUBDIVISION, AS PER PLAT BOOK 23, PAGE 139, DEKALB COUNTY RECORDS, WHICH PLAT IS INCORPORATED HEREIN BY REFERENCE AND MADE A PART OF THIS DESCRIPTION.
Said legal description being controlling, however the property is more commonly known as 3026 SAN JOSE DRIVE, DECATUR, GA 30032.
The indebtedness secured by said Security Deed has been and is hereby declared due because of default under the terms of said Security Deed and Note. The indebtedness remaining in default, this sale will be made for the purpose of paying the same, all expenses of the sale, including attorneys' fees (notice to collect same having been given) and all other payments provided for under the terms of the Security Deed and Note.
Said property will be sold on an "as-is" basis without any representation, warranty or recourse against the above-named or the undersigned. The sale will also be subject to the following items which may affect the title: any outstanding ad valorem taxes (including taxes which are a lien, whether or not now due and payable); the right of redemption of any taxing authority; matters which would be disclosed by an accurate survey or by an inspection of the property; all zoning ordinances; assessments; liens; encumbrances; restrictions; covenants, and any other matters of record superior to said Security Deed. To the best of the knowledge and belief of the undersigned, the owner and party in possession of the property is JEROME W SCOTT, or tenants(s).
The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the Security Deed. Please note that, pursuant to O.C.G.A. § 44-14-162.2, you are not entitled by law to an amendment or modification of the terms of your loan. The entity having full authority to negotiate, amend or modify all terms of the loan (although not required by law to do so) is: Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP, Loss Mitigation Dept., 7105 Corporate Drive, Plano, TX 75024, Telephone Number: 800-846-2222.
THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN TRUST, SERIES 2004-R
as Attorney in Fact for
JEROME W SCOTT
THE BELOW LAW FIRM MAY BE HELD TO BE ACTING AS A DEBT COLLECTOR, UNDER FEDERAL LAW. IF SO, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
Attorney Contact: Rubin Lublin, LLC, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071
Telephone Number: (877) 813-0992
Case No. ++BAC-17-06347-1 SCOTT++
www.rubinlublin.com/property-listings.phpc

420-406159
12/7,12/14,12/21,12/28wg
**NOTICE OF SALE UNDER POWER**
**GEORGIA, DEKALB COUNTY**
By virtue of a Power of Sale contained in that certain Security Deed from PAMELA DOTSON to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR AMERITRUST MORTGAGE COMPANY , dated May 25, 2005, recorded July 6, 2005, in Deed Book 17619, Page 93, DeKalb County, Georgia Records, said Security Deed having been given to secure a Note of even date in the original principal amount of One Hundred Forty-Nine Thousand Four Hundred and 00/100 dollars ($149,400.00), with interest thereon as provided for therein, said Security Deed having been last sold, assigned and transferred to THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE(CWABS 2005-BC4), there will be sold at public outcry to the highest bidder for cash at the DeKalb County Courthouse, within the legal hours of sale on the first Tuesday in January, 2018, all property described in said Security Deed including but not limited to the following described property:
ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 276 OF THE 18TH DISTRICT OF DEKALB County, Georgia, being Lot 19, Block 9 of Oglethorpe Estate Subdivision, Unit 4-B, as per plat recorded in Plat Book 26, Page 19, DeKalb County records, and being more particularly described as follows: beginning at an iron pin on the northeast right of way line of Inman Drive, 535 feet southeasterly, northeasterly, northerly and northwesterly, as measured along the southwesterly, southeasterly, easterly and northeasterly right of way line of Inman Drive, and following the curvature thereof, form the point of intersection of the southwesterly right of way line of Inman Drive and the easterly right of way line of Woodrow Way, if said street lines were extended to form an angle instead of a curve, said point of beginning also being located at the westernmost corner of lot 18 of said block, unit and subdivision; thence running in a northwesterly, northerly and northeasterly direction along the northeasterly, easterly and southeasterly right of way line of Inman Drive and following the curvature thereof, 250 feet to an iron pin; thence running in a southeasterly direction along the southwestern line of lot 20 of said block, unit and subdivision, 167.2 feet to an iron pin; thence running in a southwesterly direction along the northwestern line of lot 18 of said block, unit and subdivision, 149.7 feet to an iron pin on the northeast right of way line of Inman Drive, which point is the point of beginning. Tax ID # 18-276-19-035
Said legal description being controlling, however the property is more commonly known as 3606 INMAN DRIVE, ATLANTA, GA 30319.
The indebtedness secured by said Security Deed has been and is hereby declared due because of default under the terms of said Security Deed and Note. The indebtedness remaining in default, this sale will be made for the purpose of paying the same, all expenses of the sale, including attorneys' fees (notice to collect same having been given) and all other payments provided for under the terms of the Security Deed and Note.
Said property will be sold on an "as-is" basis without any representation, warranty or recourse against the above-named or the undersigned. The sale will also be subject to the following items which may affect the title: any outstanding ad valorem taxes (including taxes which are a lien, whether or not now due and payable); the right of redemption of any taxing authority; matters which would be disclosed by an accurate survey or by an inspection of the property; all zoning ordinances; assessments; liens; encumbrances; restrictions; covenants, and any other matters of record superior to said Security Deed. To the best of the knowledge and belief of the undersigned, the owner and party in possession of the property is PAMELA DOTSON, or tenants(s).
The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the Security Deed. Please note that, pursuant to O.C.G.A. § 44-14-162.2, you are not entitled by law to an amendment or modification of the terms of your loan. The entity having full authority to negotiate, amend or modify all terms of the loan (although not required by law to do so) is: BAYVIEW LOAN SERVICING,LLC, Loss Mitigation Dept., 4425 Ponce de Leon Blvd., 5th Floor, Coral Gables, FL 33146, Telephone Number: 800-771-0299.
THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE(CWABS 2005-BC4)
as Attorney in Fact for
PAMELA DOTSON
THE BELOW LAW FIRM MAY BE HELD TO BE ACTING AS A DEBT COLLECTOR, UNDER FEDERAL LAW. IF SO, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
Attorney Contact: Rubin Lublin, LLC, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071
Telephone Number: (877) 813-0992
Case No. ++BVC-16-00950-5 DOTSON++
www.rubinlublin.com/property-listings.phpc

420-406160
12/7,12/14,12/21,12/28wg
**NOTICE OF SALE UNDER POWER**
**GEORGIA, DEKALB COUNTY**
By virtue of a Power of Sale contained in that certain Security Deed from ROBERT P. SPARRA, JR. to THORNBURG MORTGAGE HOME LOANS, INC, dated June 26, 2002, recorded July 17, 2002, in Deed Book 13440, Page 1, DeKalb County, Georgia Records, said Security Deed having been given to secure a Note of even date in the original principal amount of Three Hundred Twelve Thousand Seven Hundred and 00/100 dollars ($312,700.00), with interest thereon as provided for therein, said Security Deed having been last sold, assigned and transferred to Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the Thornburg Mortgage Securities Trust 2002-3 Mortgage Pass-Through Certificates, Series 2002-3, there will be sold at public outcry to the highest bidder for cash at the DeKalb County Courthouse, within the legal hours of sale on the first Tuesday in January, 2018, all property described in said Security Deed including but not limited to the following described property:
Land referred to in this commitment is described as all that certain property situated in the county of Dekalb and state of Georgia and being described in a deed dated September 16, 1999, and recorded October 6, 1999, among the land records of the county and state set forth above and referenced as follows: Book 10983 and Page 165. All that tract or parcel of land lying and being in Land Lot 94 OF THE 15TH DISTRICT, DEKALB COUNTY, GEORGIA BEING LOT 91, BLOCK A, UNIT TWO, CHAPEL LAKE, AS SHOWN ON PLAT RECORDED IN PLAT BOOK 99, PAGE 106-107, DEKALB COUNTY, GEORGIA RECORDS,
Said legal description being controlling, however the property is more commonly known as 2575 AUTUMN LAKE LN, DECATUR, GA 30034.
The indebtedness secured by said Security Deed has been and is hereby declared due because of default under the terms of said Security Deed and Note. The indebtedness remaining in default, this sale will be made for the purpose of paying the same, all expenses of the sale, including attorneys' fees (notice to collect same having been given) and all other payments provided for under the terms of the Security Deed and Note.
Said property will be sold on an "as-is" basis without any representation, warranty or recourse against the above-named or the undersigned. The sale will also be subject to the following items which may affect the title: any outstanding ad valorem taxes (including taxes which are a lien, whether or not now due and payable); the right of redemption of any taxing authority; matters which would be disclosed by an accurate survey or by an inspection of the property; all zoning ordinances; assessments; liens; encumbrances; restrictions; covenants, and any other matters of record superior to said Security Deed. To the best of the knowledge and belief of the undersigned, the owner and party in possession of the property is ROBERT P. SPARRA, JR., ROBERT SPARRA JR, or tenants(s).
The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the Security Deed. Please note that, pursuant to O.C.G.A. § 44-14-162.2, you are not entitled by law to an amendment or modification of the terms of your loan. The entity having full authority to negotiate, amend or modify all terms of the loan (although not required by law to do so) is: Select Portfolio Servicing, Inc., Loss Mitigation Dept., 3217 S. Decker Lake Dr., Salt Lake City, UT 84119, Telephone Number: 888-818-6032.
DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE THORNBURG MORTGAGE SECURITIES TRUST 2002-3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2002-3
as Attorney in Fact for
ROBERT P. SPARRA, JR.
THE BELOW LAW FIRM MAY BE HELD TO BE ACTING AS A DEBT COLLECTOR, UNDER FEDERAL LAW. IF SO, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
Attorney Contact: Rubin Lublin, LLC, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071
Telephone Number: (877) 813-0992
Case No. ++SPS-11-14244-24 SPARRA++
www.rubinlublin.com/property-listings.phpc

THAT PURPOSE.
Attorney Contact: Rubin Lublin, LLC, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071
Telephone Number: (877) 813-0992
Case No. ++BVC-16-00950-5 DOTSON++
www.rubinlublin.com/property-listings.phpc

420-406160
12/7,12/14,12/21,12/28wg
**NOTICE OF SALE UNDER POWER**
**GEORGIA, DEKALB COUNTY**
By virtue of a Power of Sale contained in that certain Security Deed from **ROBERT P. SPARRA, JR.** to THORNBURG MORTGAGE HOME LOANS, INC, dated June 26, 2002, recorded July 17, 2002, in Deed Book 13440, Page 1, DeKalb County, Georgia Records, said Security Deed having been given to secure a Note of even date in the original principal amount of Three Hundred Twelve Thousand Seven Hundred and 00/100 dollars ($312,700.00), with interest thereon as provided for therein, said Security Deed having been last sold, assigned and transferred to Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the Thornburg Mortgage Securities Trust 2002-3 Mortgage Pass-Through Certificates, Series 2002-3, there will be sold at public outcry to the highest bidder for cash at the DeKalb County Courthouse, within the legal hours of sale on the first Tuesday in January, 2018, all property described in said Security Deed including but not limited to the following described property:
Land referred to in this commitment is described as all that certain property situated in the county of dekalb and state of Georgia and being described in a deed dated September 16, 1999, and recorded October 6, 1999, among the land records of the county and state set forth above and referenced as follows: Book 10983 and Page 165. All that tract or parcel of land lying and being in Land Lot 276 of the 18th District of Dekalb County, Georgia, being Lot 19, Block 9 of Oglethorpe Estate Subdivision, Unit 4-B, as per plat recorded in Plat Book 26, Page 19, Dekalb County records, and being more particularly described as follows: beginning at an iron pin on the northeast right of way line of Inman Drive, 535 feet southeasterly, northeasterly, northerly and northwesterly, as measured along the southwesterly, southeasterly, easterly and northeasterly right of way line of Inman Drive, and following the curvature thereof, from the point of intersection of the southwesterly right of way line of Inman Drive and the easterly right of way line of Woodrow Way, if said street lines were extended to form an angle instead of a curve, said point of beginning also being located at the southwestern corner of lot 18 of said block, unit and subdivision; thence running in a northwesterly, northerly and northeasterly direction along the northeasterly, easterly and southeasterly right of way line of Inman Drive and following the curvature thereof, 250 feet to an iron pin; thence running in a southeasterly direction along the southwestern line of lot 20 of said block, unit and subdivision, 167.2 feet to an iron pin; thence running in a southwesterly direction along the northwestern line of lot 18 of said block, unit and subdivision, 149.7 feet to an iron pin on the northeast right of way line of Inman Drive, which point is the point of beginning. Tax ID # 18-276-19-035
Said legal description being controlling, however the property is more commonly known as **3606 INMAN DRIVE, ATLANTA, GA 30319.**
The indebtedness secured by said Security Deed has been and is hereby declared due because of default under the terms of said Security Deed and Note. The indebtedness remaining in default, this sale will be made for the purpose of paying the same, all expenses of the sale, including attorneys' fees (notice to collect same having been given) and all other payments provided for under the terms of the Security Deed and Note.
Said property will be sold on an "as-is" basis without any representation, warranty or recourse against the above-named or the undersigned. The sale will also be subject to the following items which may affect the title: any outstanding ad valorem taxes (including taxes which are a lien, whether or not now due and payable); the right of redemption of any taxing authority; matters which would be disclosed by an accurate survey or by an inspection of the property; all zoning ordinances; assessments; liens; encumbrances; restrictions; covenants, and any other matters of record superior to said Security Deed.
To the best of the knowledge and belief of the undersigned, the owner and party in possession of the property is WALTER H HOTZ, or tenants(s).
The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the Security Deed. Please note that, pursuant to O.C.G.A. § 44-14-162.2, you are not entitled by law to an amendment or modification of the terms of your loan. The entity having full authority to negotiate, amend or modify all terms of the loan (although not required by law to do so) is: BAYVIEW LOAN SERVICING,LLC, Loss Mitigation Dept., 4425 Ponce de Leon Blvd., 5th Floor, Coral Gables, FL 33146, Telephone Number: 800-771-0299.
BAYVIEW LOAN SERVICING, LLC
as Attorney in Fact for
WALTER H HOTZ
THE BELOW LAW FIRM MAY BE HELD TO BE ACTING AS A DEBT COLLECTOR, UNDER FEDERAL LAW. IF SO, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
Attorney Contact: Rubin Lublin, LLC, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071
Telephone Number: (877) 813-0992
Case No. ++BVC-17-05589-1 HOTZ++
www.rubinlublin.com/property-listings.phpc

420-406165
12/7,12/14,12/21,12/28WG
**NOTICE OF SALE UNDER POWER**
**GEORGIA, DEKALB COUNTY**
By virtue of a Power of Sale contained in that certain Security Deed from **Cynthia Banks** to Mortgage Electronic Registration Systems Inc. as nominee for Mid-Atlantic Financial Services Inc. , dated November 7, 2009, recorded July 23, 2010, in Deed Book 22058, Page 32 ( See Court Order at 24483/342), DeKalb County, Georgia Records, said Security Deed having been given to secure a Note of even date in the original principal amount of One Hundred Nineteen Thousand Five Hundred Forty-Two and 00/100 dollars ($119,542.00), with interest thereon as provided for therein, said Security Deed having been last sold, assigned and transferred to Bayview Loan Servicing, LLC, a Delaware Limited Liability Company, there will be sold at public outcry to the highest bidder for cash at the DeKalb County Courthouse, within the legal hours of sale on the first Tuesday in January, 2018, all property described in said Security Deed including but not limited to the following described property:
ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 28 OF THE 16TH DISTRICT OF DEKALB COUNTY, GOERIGA, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:
CONDOMINIUM UNIT 91, PHASE ONE OF THE HIGHLAND AT HIDDEN HILLS CONDOMINIUM, A CONDOMINIUM, AS MORE PARTICULARLY DESCRIBED AND DELINEATED IN THE DECLARATION OF CONDOMINIUM FOR THE HIGHLANDS AT HIDDEN HILLS CONDOMINIUM, RECORDED IN DEED BOOK 4691, PAGE 439, ET SEQ., DEKALB COUNTY, GEORGIA RECORDS, AS MAY BE AMENDED.
THIS CONVEYANCE IS MADE SUBJECT TO THE DECLARATION AND ALL MATTERS REFERENCED THEREIN, ALL MATTERS SHOWN ON THE PLAT RECORDED IN CONDOMINIUM PLAT BOOK 4, PAGE 164, DEKALB COUNTY, GEORGIA RECORDS, AS MAY BE AMENDED, AND THE FLOOR PLANS RECORDED IN CONDOMINIUM FLOOR PLAN FOLDER 130 AFORESALD RECORDS, AS MAY BE AMENDED. TOGETHER WITH AND SUBJECT TO THOSE CERTAIN EASEMENTS, RIGHT, BENEFITS AND BURDENS APPERTAINING TO THE PROPERTY CONVEYED HEREBY UNDER AND PURSUANT TO THAT CERTAIN DECLARATION OF EASEMENTS, DATED DECEMBER 16, 1982 AND RECORDED IN DEED BOOK 4691, PAGE 426, DEKALB COUNTY, GEORGIA.
Said legal description being controlling, however the property is more commonly known as **5089 Highland Hills Court , Stone Mountain, GA 30088.**
The indebtedness secured by said Security Deed has been and is hereby declared due because of default under the terms of said Security Deed and Note. The indebtedness remaining in default, this sale will be made for the purpose of paying the same, all expenses of the sale, including attorneys' fees (notice to collect same having been given) and all other payments provided for under the terms of the Security Deed and Note.
Said property will be sold on an "as is" basis without any representation, warranty or recourse against the above-named or the undersigned. The sale will also be subject to the following items which may affect the title: any outstanding ad valorem taxes (including taxes which are a lien, whether or not now due and payable); the right of redemption of any taxing authority; matters which would be disclosed by an accurate survey or by an inspection of the property; all zoning ordinances; assessments; liens; encumbrances; restrictions; covenants, and any other matters of record superior to said Security Deed.
To the best of the knowledge and belief of the undersigned, the owner and party in possession of the property is Cynthia Banks, or tenants(s).
The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the Security Deed. Please note that, pursuant to O.C.G.A. § 44-14-162.2, you are not entitled by law to an amendment or modification of the terms of your loan. The entity having full authority to negotiate, amend or modify all terms of the loan (although not required by law to do so) is: BAYVIEW LOAN SERVICING,LLC, Loss Mitigation Dept., 4425 Ponce de Leon Blvd., 5th Floor, Coral Gables, FL 33146, Telephone Number: 800-771-0299.
BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY
as Attorney in Fact for
CYNTHIA BANKS
THE BELOW LAW FIRM MAY BE HELD TO BE ACTING AS A DEBT COLLECTOR, UNDER FEDERAL LAW. IF SO, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
Attorney Contact: Rubin Lublin, LLC, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071
Telephone Number: (877) 813-0992
Case No. ++BVC-13-03267-3 BANKS++
www.rubinlublin.com/property-listings.phpc

420-406166
12/7,12/14,12/21,12/28wg
**NOTICE OF SALE UNDER POWER**
**GEORGIA, DEKALB COUNTY**
By virtue of a Power of Sale contained in that certain Security Deed from **DONALD LEE BROWN, JOANN H. BROWN** to JPMORGAN CHASE BANK NA, dated April 12, 2004, recorded April 23, 2014, in Deed Book 24345, Page 619, DeKalb County, Georgia Records, said Security Deed having been given to secure a Note of even date in the original principal amount of Ninety-Four Thousand Nine Hundred Forty-Eight and 00/100 dollars ($94,948.00), with interest thereon as provided for therein, said Security Deed having been last sold, assigned and transferred to Bayview Loan Servicing, LLC, a Delaware Limited Liability Company, there will be sold at public outcry to the highest bidder for cash at the DeKalb County Courthouse, within the legal hours of sale on the first Tuesday in January, 2018, all property described in said Security Deed including but not limited to the following described property:
LAND SITUATED IN THE COUNTY OF DEKALB IN THE STATE OF GA
ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 29 OF THE 15TH DISTRICT OF DEKALB COUNTY, GEORGIA, BEING LOT 12, BLOCK C, CHIMNEY RIDGE SUBDIVISION, UNIT TWO, AS PER PLAT RECORDED IN PLAT BOOK 69, PAGE 77, DEKALB COUNTY, GEORGIA RECORDS, TO WHICH REFERENCE IS HEREBY MADE FOR A MORE PARTICULAR DESCRIPTION OF SAID PROPERTY. COMMONLY KNOWN AS: 3715 CHIMNEY RIDGE CT, ELLENWOOD, GA 30294
Said legal description being controlling, however the property is more commonly known as **3715 CHIMNEY RIDGE CT, ELLENWOOD, GA 30294.**
The indebtedness secured by said Security Deed has been and is hereby declared due because of default under the terms of said Security Deed and Note. The indebtedness remaining in default, this sale will be made for the purpose of paying the same, all expenses of the sale, including attorneys' fees (notice to collect same having been given) and all other payments provided for under the terms of the Security Deed and Note.
Said property will be sold on an "as is" basis without any representation, warranty or recourse against the above-named or the undersigned. The sale will also be subject to the following items which may affect the title: any outstanding ad valorem taxes (including taxes which are a lien, whether or not now due and payable); the right of redemption of any taxing authority; matters which would be disclosed by an accurate survey or by an inspection of the property; all zoning ordinances; assessments; liens; encumbrances; restrictions; covenants, and any other matters of record superior to said Security Deed.
To the best of the knowledge and belief of the undersigned, the owner and party in possession of the property is DONALD LEE BROWN, JOANN H. BROWN, or tenants(s).
The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the Security Deed. Please note that, pursuant to O.C.G.A. § 44-14-162.2, you are not entitled by law to an amendment or modification of the terms of your loan. The entity having full authority to negotiate, amend or modify all terms of the loan (although not required by law to do so) is: BAYVIEW LOAN SERVICING,LLC, Loss Mitigation Dept., 4425 Ponce de Leon Blvd., 5th Floor, Coral Gables, FL 33146, Telephone Number: 800-771-0299.
BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY
as Attorney in Fact for
DONALD LEE BROWN, JOANN H. BROWN
THE BELOW LAW FIRM MAY BE HELD TO BE ACTING AS A DEBT COLLECTOR, UNDER FEDERAL LAW. IF SO, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
Attorney Contact: Rubin Lublin, LLC, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071
Telephone Number: (877) 813-0992
Case No. ++BVC-17-06994-1++
www.rubinlublin.com/property-listings.phpc

420-406167
12/7,12/14,12/21,12/28wg
**NOTICE OF SALE UNDER POWER**
**STATE OF GEORGIA**
**COUNTY OF DEKALB**
Under and by virtue of the power of sale contained in that certain Security Deed dated September 18, 2000, from Juanita M. Smith to Bank of America, N.A., recorded on November 8, 2000 in Deed Book 11689 at Page 451 Dekalb County, Georgia records, and said Security Deed having been given to secure a note dated September 18, 2000, in the amount of $61,650.00, and said Note being in default, the undersigned will sell at public outcry during the legal hours of sale before the door of the courthouse of Dekalb County, Georgia, on January 2, 2018 the following described property (hereinafter referred to as the "Property"): ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 34, OF THE 15TH DISTRICT, OF DEKALB COUNTY, GEORGIA, BEING LOT 2, CHAPEL HILL, UNIT X, PHASE I, AS PER PLAT RECORDED IN PLAT BOOK 86, PAGE 129, DEKALB COUNTY RECORDS. The debt secured by the Security Deed and evidenced by the Note and has been, and is hereby, declared due and payable because of, among other possible events of default, failure to make the payments as required by the terms of the Note. The debt remaining is in default and this sale will be made for the purposes of paying the Security Deed, accrued interest, and all expenses of the sale, including attorneys' fees. Notice of intention to collect attorneys' fees have been given as provided by law. To the best of the undersigned's knowledge, the person(s) in possession of the property is/are Juanita M. Smith. The property, being commonly known as **4216 Southvale Drive, Decatur, GA, 30034** in Dekalb county, will be sold as the property of Juanita M. Smith, subject to any outstanding ad valorem taxes (including taxes which are a lien and not yet due and payable), any matters affecting title to the property which would be disclosed by accurate survey and inspection thereof, and all assessments, liens, encumbrances, restrictions, covenants, and matters of record to the Security Deed. Pursuant to O.C.G.A.Section 44-14-162.2, the name, address and telephone number of the individual or entity who shall have the full authority to negotiate, amend or modify all terms of the above described mortgage is as follows: Bank of America, N.A., 9000 Southside Boulevard, Building 400, Jacksonville, FL 32256, 1-877-744-7691 . The foregoing notwithstanding, nothing in O.C.G.A. Section 44-14-162.2 shall require the secured creditor to negotiate, amend or modify the terms of the mortgage instrument. The sale will be conducted subject (1) to confirmation that the sale is not prohibited under U.S. Bankruptcy code and (2) to final confirmation and audit of the status of the loan with the holder of the Security Deed. Albertelli Law Attorney for BANK OF AMERICA, N.A. as Attorney in Fact for Juanita M. Smith 100 Galleria Parkway, Suite 960 Atlanta, GA 30339 Phone: (770) 373-4242 By: James E. Albertelli, Esq. For the Firm THIS FIRM IS ACTING AS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. - ++17-024435 A-4637784 SMITH++

420-406168
12/7,12/14,12/21,12/28wg
**NOTICE OF SALE UNDER POWER**
**STATE OF GEORGIA COUNTY OF DEKALB**
Under and by virtue of the power of sale contained in that certain Security Deed dated July 26, 2004, from Richard Francati to Mortgage Electronic Registration Systems, Inc., as nominee for American Residential Mortgage Corp., recorded on August 6, 2004 in Deed Book 16456 at Page 794, Dekalb County, Georgia Records, having been last sold, assigned, transferred and conveyed to THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2004-17 by Assignment and said Security Deed having been given to secure a note dated July 26, 2004, in the amount of $132,000.00, said note being in default, the undersigned will sell at public outcry during the legal hours of sale before the door of the courthouse of Dekalb County, Georgia, on January 2, 2018, the following described real property (hereinafter referred to as the "Property"): ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 178 OF THE 15TH DISTRICT, DEKALB COUNTY, GEORGIA, BEING LOT 16, BLOCK A, DR. ARCH AVERY PROPERTY AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: BEGINNING AT AN "X" MARK IN CONCRETE LOCATED ON THE WEST RIGHT OF WAY OF BLAKE AVENUE (FORMERLY AVERY LANE) ONE HUNDRED THIRTY (130) FEET SOUTH, AS MEASURED ALONG THE WEST RIGHT OF WAY LING OF BLAKE AVENUE, FROM THE POINT OF INTERSECTION OF WEST RIGHT OF WAY LINE OF BLAKE AVENUE WITH THE SOUTH RIGHT OF WAY LINE OF MARBUT AVENUE (FORMERLY MCPHERSON AVENUE); THENCE RUNNING SOUTH ALONG THE WEST RIGHT OF WAY LINE OF BLAKE AVENUE FORTY-FIVE (45) FEET TO AN "X" MARK IN CONCRETE, SAID "X" MARK BEING LOCATED ONE HUNDRED FIFTY (150) FEET NORTH, AS MEASURED ALONG THE WEST RIGHT OF WAY LINE OF BLAKE AVENUE, FROM THE POINT OF INTERSECTION OF WEST RIGHT OF WAY LINE OF BLAKE AVENUE WITH THE NORTH RIGHT OF WAY LINE OF METROPOLITAN AVENUE; THENCE RUNNING WEST FORMING AN INTERIOR ANGLE OF DEGREES WITH THE PRECEDING COURSE AND ALONG THE NORTH LINE OF LOT 17, SAID BLOCK AND PROPERTY ONE HUNDRED THIRTY (130) FEET TO AN IRON PIN; THENCE RUNNING NORTH ALONG THE EAST LINE OF LOT 20, SAID BLOCK AND PROPERTY FORTY-FIVE (45) FEET TO AN IRON PIN; THENCE RUNNING EAST ALONG THE SOUTH LINES OF LOTS 13, 14 AND 15, SAID BLOCK AND PROPERTY ONE HUNDRED THIRTY (130) FEET TO AN "X" IN CONCRETE LOCATED ON THE WEST RIGHT OF WAY LINE OF BLAKE AVENUE AT THE POINT OF BEGINNING; BEING IMPROVED PROPERTY KNOWN AS 397 BLAKE AVENUE, ACCORDING TO THE PRESENT SYSTEM OF NUMBERING HOUSES IN THE CITY OF ATLANTA, DEKALB COUNTY, GEORGIA. The debt secured by the Security Deed and evidenced by the Note and has been, and is hereby, declared due and payable because of, among other possible events of default, failure to make the payments as required by the terms of the Note. The debt remaining is in default and this sale will be made for the purposes of paying the Security Deed, accrued interest, and all expenses of the sale, including attorneys' fees. Notice of intention to collect attorneys' fees have been given as provided by law. To the best of the undersigned's knowledge, the person(s) in possession of the property is/are Richard Francati. The property, being commonly known as **397 Blake, Atlanta, GA, 30316** in Dekalb County, will be sold as the property of Richard Francati, subject to any outstanding ad valorem taxes (including taxes which are a lien and not yet due and payable), any matters affecting title to the property which would be disclosed by accurate survey and inspection thereof, and all assessments, liens, encumbrances, restrictions, covenants, and matters of record to the Security Deed. Pursuant to O.C.G.A.Section 44-14-162.2, the name, address and telephone number of the individual or entity who shall have the full authority to negotiate, amend or modify all terms of the above described mortgage is as follows: Nationstar Mortgage LLC, 8950 Cypress Waters Blvd., Coppell, TX 75019, 888-850-9398 . The foregoing notwithstanding, nothing in O.C.G.A. Section 44-14-162.2 shall require the secured creditor to negotiate, amend or modify the terms of the mortgage instrument. The sale will be conducted subject (1) to confirmation that the sale is not prohibited under U.S. Bankruptcy code and (2) to final confirmation and audit of the status of the loan with the holder of the Security Deed. Albertelli Law Attorney for THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2004-17 as Attorney in Fact for Richard Francati 100 Galleria Parkway, Suite 960 Atlanta, GA 30339 Phone: (770) 373-4242 By: James E. Albertelli, Esq. For the Firm THIS FIRM IS ACTING AS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. - ++17-022949 A-4638456 FRANCATI++

420-406170
12/7,12/14,12/21,12/28wg
**NOTICE OF SALE UNDER POWER**
**STATE OF GEORGIA**
**COUNTY OF DEKALB**
Under and by virtue of the power of sale contained in that certain Security Deed dated May 14, 2004, from Phoebe Alecia Burke to Bank of America, N.A., recorded on May 25, 2004 in Deed Book 16183 at Page 492 Dekalb County, Georgia records, having been last sold, assigned, transferred and conveyed to U.S. BANK NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE TO BANC OF AMERICA MORTGAGE SECURITIES, INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-G by Assignment and said Security Deed having been given to secure a note dated May 14, 2004, in the amount of $80,200.00, and said Note being in default, the undersigned will sell at public outcry during the legal hours of sale before the door of the courthouse of Dekalb County, Georgia, on January 2, 2018 the following described real property (hereinafter referred to as the "Property"): ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 1 OF THE 16TH DISTRICT OF DEKALB COUNTY, GEORGIA, BEING LOT 22, HAIRSTON HILL TOWNHOUSES, AS PER PLAT RECORDED IN PLAT BOOK 81, PAGE 151, DEKALB COUNTY RECORDS, WHICH PLAT IS INCORPORATED HEREIN BY REFERENCE. The debt

EXHIBIT 3

No. 18D41601

Deposit Paid $ 134.00

**Plaintiff's Name and Address**

Victor Warren Properties Inc
754 Lullwater Rd
Atlanta, Ga 30307

vs.

**Defendant's Name and Address**

Robert Spayral, + all others
3606 Taman Dr.
Atlanta, Ga 30317

## MAGISTRATE COURT OF DEKALB COUNTY

## DISPOSSESSORY WARRANT

**Plaintiff's Attorney and Address**

Ga. Bar No. _____

Victor Warren Properties Inc
~~3606 Taman Dr~~ ~~Tower Rd~~
~~Atlanta Ga 30317~~ ~~Tower Rd~~
754 Lullwater Rd
Atlanta, Ga 30307

18276 19035

Personally appeared the undersigned who upon oath says that he is (owner), (attorney at law), (agent), (attorney in fact) for the owner of said premises, and that Defendant is in possession as tenant of premises at the above address in DeKalb County.

**FURTHER:**
- ☐ That said tenant fails to pay rent now due thereon;
- ☐ That tenant is holding said house and premises over and beyond the term for which the same was rented or leased to him;
- ☐ That said tenant is a tenant at sufferance;

The said owner desires and has demanded possession of said house and premises, and the same has been refused by the said defendant and affiant makes this affidavit that a warrant may issue for the removal of said defendant together with his property from said house and premises.

**PLAINTIFF PRAYS:**
(a) judgment for the past due rent in the amount of $ __0__ ;
(b) rent accruing up to the date of judgment or vacancy at the rate of $ _____ per _____ .
(c) other __possession__ .

## SUMMONS

TO THE MARSHAL of the State Court of DeKalb County or his lawful deputies, GREETINGS:

The defendant herein is hereby commanded and required personally or by attorney to file with the Clerk of the Magistrate Court of DeKalb County, 2nd Floor, Suite 270, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough St., Decatur, Georgia within seven (7) days from the date of service of the within affidavit and summons (or on the first business day thereafter if the seventh day falls on Saturday, Sunday or legal holiday) then and there to answer said affidavit in writing or orally (orally means infront of a deputy clerk). If such answer is not made to said affidavit on or before the __12__ day of __April__, 20__18__, a writ of possession shall issue instanter as by law provided, and a judgment by default will be taken against you for all rents demanded in the complaint.

Witness, the Honorable Berryl A. Anderson, Judge of said Court

Sworn to, subscribed and filed before me, this __April 3__, 20__18__

By: _____
Deputy Clerk

Affiant __Robin Warren VP Victor Warren Properties Inc__
__Robin Warren__
Phone No. __404-454-0857__

### MARSHAL'S ENTRY OF SERVICE

I have served the foregoing affidavit and summons on the Defendant(s) by delivering a copy of the same:
- ☑ Personally __Robert Spayral__ ☐ Defendant not found in the jurisdiction of this Court
- ☐ To a person sui juris residing on the premises (Name) _____
  Age ____ Wt. ____ Ht. ____
- ☐ By posting a copy to the door of the premises and depositing a copy in the U.S. Mail, First Class in an envelope properly addressed with adequate postage thereon, said copy containing notice to the Defendant(s) to answer at the place stated in said summons.

DATE OF SERVICE __4-5__, 20__18__. __Villagomez #690__ Deputy Marshal

Personal notorious service attempted    0757 hrs

magdispo2008

**MAGISTRATE COURT OF DEKALB COUNTY**

## DISPOSSESSORY WARRANT

No. 18D41601
Deposit Paid $ 134.00

Victor Warren Properties, Inc
754 Lullwater Rd
Atlanta, Ga 30307
**Plaintiff's Name and Address**

RECEIVED APR 04 2018
Dekalb MARSHAL'S OFFICE

VS.

Robert Sparra Jr. + all others
3606 Tnman Dr
Atlanta, Ga 30319
**Defendant's Name and Address**

**Plaintiff's Attorney and Address**
Ga. Bar No. _____

Victor Warren Properties, Inc
~~3606 Tnman Drecor Rd~~
~~Atlanta Ga 303~~ Drecor Rd
754 Lullwater Rd
Atlanta, Ga 30307

Personally appeared the undersigned who upon oath says that he is (owner), (attorney at law), **(agent)**, (attorney in fact) for the owner of said premises, and that Defendant is in possession as tenant of premises at the above address in DeKalb County.
**FURTHER:**
☐ That said tenant fails to pay rent now due thereon;
☐ That tenant is holding said house and premises over and beyond the term for which the same was rented or leased to him;
☑ That said tenant is a tenant at sufferance;

The said owner desires and has demanded possession of said house and premises, and the same has been refused by the said defendant and affiant makes this affidavit that a warrant may issue for the removal of said defendant together with his property from said house and premises.

**PLAINTIFF PRAYS:**
(a) judgment for the past due rent in the amount of $ — 0 — ;
(b) rent accruing up to the date of judgment or vacancy at the rate of $_____ per _____.
(c) other  possession .

**SUMMONS**

TO THE MARSHAL of the State Court of DeKalb County or his lawful deputies, GREETINGS:

The defendant herein is hereby commanded and required personally or by attorney to file with the Clerk of the Magistrate Court of DeKalb County, 2nd Floor, Suite 270, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough St., Decatur, Georgia within seven (7) days from the date of service of the within affidavit and summons (or on the first business day thereafter if the seventh day falls on Saturday, Sunday or legal holiday) then and there to answer said affidavit in writing or orally (orally means infront of a deputy clerk). If such answer is not made to said affidavit on or before the 12 day of APRIL, 20 18, a writ of possession shall issue instanter as by law provided, and a judgment by default will be taken against you for all rents demanded in the complaint.

**Witness, the Honorable Berryl A. Anderson, Judge of said Court**

Sworn to, subscribed and filed before me, this
April 3, 20 18
By: _____ Deputy Clerk

Affiant: Robin Warren VP Victor Warren Properties, Inc
Robin Warren
Phone No. 404-454-0857

**MARSHAL'S ENTRY OF SERVICE**

I have served the foregoing affidavit and summons on the Defendant(s) by delivering a copy of the same:
☑ Personally  Robert Sparral    ☐ Defendant not found in the jurisdiction of this Court
☐ To a person sui juris residing on the premises (Name) _____
    Age ___ Wt. ___ Ht. ___
☐ By posting a copy to the door of the premises and depositing a copy in the U.S. Mail, First Class in an envelope properly addressed with adequate postage thereon, said copy containing notice to the Defendant(s) to answer at the place stated in said summons.

DATE OF SERVICE  4-5 , 20 18    Villagomez #690    Deputy Marshal

Personal Inotorious Service Attempted   0757 Hrs

18DISP030100    18DISP030101    magdispo2008

## CERTIFICATE OF SERVICE

  I, Bob Phillips, certify that on May 31, 2018, I caused a copy of the Debtor's First Amendment to his Verified Motion for Sanctions for Willful Violation of the Automatic Stay to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelop with adequate postage thereon to the said parties as follows:

Lisa F. Caplan, Esq.
Rubin Lubin LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA  30071

Denise Dotson, Trustee
P.O. Box 435
Avondale Estates, GA  30003

David Whitridge, Esq.
Thompson, O'Brien, Kemp, & Nasuti, PC
40 Technology Parkway South, Suite 300
Peachtree Corners, GA  30092

Dated:  May 31, 2018

                 /s/ Bob Phillips
                 Bob Phillips
                 Attorney for Debtors
                 GA Bar No. 576702

327 Dahlonega St., Suite 604A
Cumming, GA 30040
770-205-1922
bphillips@bobphillipslaw.com