**IT IS ORDERED as set forth below:**

Date: June 1, 2018

_James R. Sacca_
James R. Sacca
U.S. Bankruptcy Court Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHEERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| NAME: ) | CHAPTER 13 |
| ) | |
| ROBERT PAUL SPARRA, and ) | CASE NO: 17-72318-JRS |
| KELLY ELIZABETH SPARRA ) | |
| ) | |
| Debtors(s) ) | |
| | |
| ROBERT PAUL SPARRA, and ) | |
| KELLY ELIZABETH SPARRA, ) | |
| ) | |
| Movants, ) | |
| ) | |
| vs. ) | |
| ) | |
| SELECT PORTFOLIO SERVICING, INC. ) | |
| AS SERVICER FOR DEUTSCH BANK ) | |
| NATIONAL TRUST COMPANY, AS ) | |
| TRUSTEE, ON BEHALF OF THE ) | |
| HOLDERS OF THE THORNBURG ) | |
| MORTGAGE SECURITIES TRUST ) | |
| 2002-3 MORTGAGE PASS-THROUGH ) | |
| CERTIFICATES, SERIES 2002-3 ) | |
| ) | |

VICTOR WARREN PROPERTIES, INC.   )

## ORDER REGARDING REQUEST FOR EXPEDITED HEARING

The request for expedited hearing is GRANTED:

A hearing will be held at Courtroom 1404, Russell Federal Building, 75 Ted Turner Dr., SW, Atlanta, GA on Monday, June 4, 2018,. at 9:30 am. Counsel for movant shall serve this order on interested parties.

END OF DOCUMENT