IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN THE MATTER OF: | : |
| NAME: | : CHAPTER 7 |
| ROBERT PAUL SPARRA, JR, and KELLY ELIZABETH SPARRA, | : NO. 17-72318-JRS |
| Debtor(s). | : |
| ROBERT PAUL SPARRA, JR, and KELLY ELIZABETH SPARRA, | : |
| Movants, | : |
| vs. | : |
| SELECT PORTFOLIO SERVICING, INC AS SERVICER FOR DEUTSCH BANK NATIONAL TRUST COMPANY, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE THORNBURG MORTGAGE SECURITIES TRUST 2002-3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2002-3 | : |
| VICTOR WARREN PROPERTIES | : |
| Respondents. | : |

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND WITHDRAWAL OF DEBTOR'S FIRST AMENDMENT TO VERIFIED MOTION FOR SANCTIOS FOR WILLFUL VIOLATION OF AUTOMATIC STAY (Doc 67)**

COMES NOW, Debtors, by and through their attorney, Bob Phillips, and files this withdrawal and dismissal (Doc 67). After closer review of the case it appears continued litigation would be fruitless and serve no further justice.

A hearing is schedule for Monday, June 4, 2018, at 9:30 am.

Dated: June 2, 2018

/s/ Bob Phillips
Bob Phillips
Attorney for Debtors
GA Bar No. 576702

327 Dahlonega St., Suite 604A
Cumming, GA  30040
770-205-1922

## CERTIFICATE OF SERVICE

This is to certify that on June 3, 2018 I served a copy of the Voluntary Dismissal and Withdrawal of Debtors First Amended Motion for Sanctions upon the following: via electronic messaging or in an envelop with a copy of same with adequate postage affixed thereon to insure delivery by United States Mail

David C. Whitridge, Esq.
40 Technology Parkway South, Ste 300,
Peachtree Corners, GA  30092
dwhitridge@tokn.com

Bret J Chaness, Esq.
Rubin Lubin LLC
3145 Avalon Ridge Place
Peachtree Corners, GA  30071
bchaness@rubinlublin.com

Denise Dotson, Trustee
P.O. Box 435
Avondale Estates, GA  30004

/s/ Bob Phillips
Bob Phillips
GA Bar No. 576702

327 Dahlonega St., Suite 604A
Cumming, GA  30040
770-205-1922