IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN THE MATTER OF: | |
| NAME: | CHAPTER 7 |
| ROBERT PAUL SPARRA, JR, and KELLY ELIZABETH SPARRA, | NO. 17-72318-JRS |
| Debtor(s). | |
| ROBERT PAUL SPARRA, JR, and KELLY ELIZABETH SPARRA, | |
| Movants, | |
| vs. | |
| SELECT PORTFOLIO SERVICING, INC AS SERVICER FOR DEUTSCH BANK NATIONAL TRUST COMPANY, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE THORNBURG MORTGAGE SECURITIES TRUST 2002-3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2002-3 | |
| VICTOR WARREN PROPERTIES | |
| Respondents. | |

**WITHDRAWAL OF MOTION FOR EMERGENCY HEARING (Doc 68) and REQUEST FOR CANCELLATION OF HEARING (Doc 69)**

COMES NOW, Debtors, Robert and Kelly Sparra, by and through their undersigned counsel and hereby withdraws their Motion for Emergency Hearing (Doc 68) and further request the hearing scheduled for Monday, June 4, 2018, at 9:30 am be cancelled. Debtors have withdrawn their Motion for Sanctions (Doc 67).

Dated: June 3, 2018

/s/ Bob Phillips
Bob Phillips
Attorney for Debtors
GA Bar No. 576702

327 Dahlonega St., Suite 604A
Cumming, GA  30040
770-205-1922
bphillips@bobphillipslaw.com