IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN THE MATTER OF: : | |
| : | : |
| NAME: : | CHAPTER 7 |
| : | |
| ROBERT PAUL SPARRA, JR, and : | NO. 17-72318-JRS |
| KELLY ELIZABETH SPARRA, : | |
| : | |
| Debtor(s). : | |
| _____ : | |
| : | |
| ROBERT PAUL SPARRA, JR, and : | |
| KELLY ELIZABETH SPARRA, : | |
| : | |
| Movants, : | |
| : | |
| : | |
| VICTOR WARREN PROPERTIES LLC : | |
| : | |
| Defendants. : | |

MOTION FOR SETTING AND REQUEST FOR EXPEDITED HEARING ON
MOVANTS MOTION FOR SANCTIONS

1.

NOW COMES, Movants, Robert Sparra, Jr. and Kelly Sparra, by and through their attorney of record and hereby request that an expedited hearing be set to coincide with Defendants request for hearing.

2.

A hearing was recently set for Movants Motion for Sanctions and was placed on the calendar for July 10, 2018. Because of the nature of the allegations and Movants request for a hearing in the related case, Movants now request their motion for sanctions be expedited.

Respectfully submitted this 11th day of June 2018.

## CERTIFICATE OF SERVICE

    I, Bob Phillips, certify that on June 11, 2018, I caused a copy of Motion for Expedited Hearing on Movants Motion for Sanctions to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelop with adequate postage thereon to the said parties as follows:

Denise Dotson, Trustee
P.O. Box 435
Avondale Estates, GA  30003

David Whitridge, Esq.
Thompson, O'Brien, Kemp, & Nasuti, PC
40 Technology Parkway South, Suite 300
Peachtree Corners, GA  30092

Dated:  June 11, 2018

/s/ Bob Phillips
Bob Phillips
Attorney for Debtors
GA Bar No. 576702

327 Dahlonega St., Suite 604A
Cumming, GA 30040
770-205-1922
bphillips@bobphillipslaw.com